# BOIES, SCHILLER & FLEXNER LLP

575 LEXINGTON AVENUE 7TH FLOOR • NEW YORK, NY 10022 • PH 212-446-2300 • FAX 212-446-2350

> USDC-SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #:
> DATE FILED: 10/21/16

MATTHEW L. SCHWARTZ
Tel.: (212) 303-3646
E-mail: mlschwartz@bsfllp.com

October 20, 2016

> Application granted. Because it contains
> private travel information, the exhibit
> attached to Mr. Schwartz's letter shall be
> filed under seal. SO ORDERED.
>
> Ronnie Abrams, U.S.D.J.
> October 21, 2016

**BY ELECTRONIC MAIL**

Hon. Ronnie Abrams
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re:   *United States v. Jason Galanis, et al.*, 16 Cr. 371 (RA)

Dear Judge Abrams:

**MEMO ENDORSED**

We represent Devon Archer, one of the defendants in the above-referenced case. On October 14, 2016, Your Honor granted Mr. Archer permission to take a business trip to England and Lithuania – his fourth overseas business trip since the filing of this case. [ECF No. 83]. I write to advise the Court of a small change in Mr. Archer's itinerary. Consistent with the Court's order, Mr. Archer has apprized Pretrial Services of this change in itinerary, and Pretrial has no objection. This change in itinerary will not affect the timing of Mr. Archer's return to New York.

As originally planned, Mr. Archer was going to (and did) leave New York on October 19th, arriving in Lithuania on the 20th. He was then going to travel on the 21st from Lithuania to England, before returning to New York on the 23rd. After Mr. Archer arrived in Lithuania, however, he learned that one of his business partners would not be able to join him in England for meetings, and he was asked to meet her in Moscow, instead. As such, Mr. Archer plans to travel later tonight (New York time) to Moscow, before going on to England as planned. He will still return to New York on the same flight as originally scheduled, later on the 23rd. A revised itinerary is attached as Exhibit A.

Respectfully,

/s/ Matthew L. Schwartz
Matthew L. Schwartz

cc:   BY ELECTRONIC MAIL

AUSAS Brian Blais, Aimee Hector, and Rebecca Mermelstein
U.S. Pretrial Services Officer Andrew R. Kessler-Cleary