# BOIES, SCHILLER & FLEXNER LLP

575 LEXINGTON AVENUE • 7th FLOOR • NEW YORK, NY 10022 • PH. 212-446-2300 • FAX 212-446-2350

MATTHEW L. SCHWARTZ
Tel.: (212) 303-3646
E-mail: mlschwartz@bsfllp.com

January 15, 2017

**BY ELECTRONIC MAIL**

Hon. Ronnie Abrams
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

> MEMO ENDORSED
>
> USDC-SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED: 1/17/17

Re:   *United States v. Jason Galanis, et al.*, 16 Cr. 371 (RA)

Dear Judge Abrams:

    We represent Devon Archer, one of the defendants in the above-referenced case. On January 4, 2017, Your Honor granted Mr. Archer permission to travel to Vietnam and China on business, from January 16 through January 24. [ECF No. 111]. I write to advise the Court of a change in Mr. Archer's proposed itinerary. Specifically, rather than returning directly from Vietnam to New York, Mr. Archer's proposed itinerary would take him to London for two days, to meet with management of two companies with which he is involved. Consistent with the Court's order, Mr. Archer has apprized Pretrial Services of this change in itinerary, and Pretrial has no objection. A revised itinerary is attached as Exhibit A, which we respectfully request be filed under seal.

    Thank you for your consideration.

Respectfully,

/s/ Matthew L. Schwartz
Matthew L. Schwartz

cc:   BY ELECTRONIC MAIL

AUSAS Brian Blais, Aimee Hector, and Rebecca Mermelstein
U.S. Pretrial Services Officer Andrew R. Kessler-Cleary

SO ORDERED:

_____
HON. RONNIE ABRAMS
UNITED STATES DISTRICT JUDGE
1/17/17