# MANDATE

S.D.N.Y.-N.Y.C.
16-cr-371
Abrams, J.

United States Court of Appeals
FOR THE
SECOND CIRCUIT

      At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 8th day of March, two thousand seventeen.

Present:
    Robert D. Sack,
    Raymond J. Lohier, Jr,
        *Circuit Judges*,
    Gregory H. Woods,*
        *District Judge.*

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED: March 30, 2017

United States of America,

          *Appellee*,

      v.

Jason Galanis, Gary Hirst, John Galanis, AKA Yanni, Hugh Dunkerley, Michelle Morton,

          *Defendants*,

Devon Archer, Bevan Cooney,

          *Defendants-Appellants*.

17-346 (L),
17-348 (Con)

Appellants move to stay the district court's denial of a motion to block production and review of records from their email service providers. The Government opposes and moves to file an oversized brief and dismiss the appeals for lack of appellate jurisdiction. This Court has determined that it lacks jurisdiction over these appeals because a final order has not been issued by

---

* Judge Gregory H. Woods, of the United States District Court for the Southern District of New York, sitting by designation.

MANDATE ISSUED ON 03/30/2017

the district court as contemplated by 28 U.S.C. § 1291. *See Flanagan v. United States*, 465 U.S. 259, 263 (1984). Upon due consideration, it is hereby ORDERED that the Government's motions are GRANTED, and the appeals are DISMISSED. It is further ORDERED that Appellants' motion for a stay is DENIED as moot.

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

2