**MANDATE**

S.D.N.Y.-N.Y.C.
16-cr-371
Abrams, J.

# United States Court of Appeals

FOR THE
SECOND CIRCUIT

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 8th day of March, two thousand seventeen.

Present:
    Robert D. Sack,
    Raymond J. Lohier, Jr,
       *Circuit Judges*,
    Gregory H. Woods,*
       *District Judge.*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: May 1, 2017

In Re: Devon Archer,                              17-353

        *Petitioner.*

Petitioner has filed a petition for a writ of mandamus. The Government, the respondent in this case, moves for leave to file an oversized response and to dismiss Petitioner's related appeal. Upon due consideration, it is hereby ORDERED that the mandamus petition is DENIED because Petitioner has not demonstrated that he lacks an adequate, alternative means of obtaining relief. *See In re von Bulow*, 828 F.2d 94, 98 (2d Cir. 1987). It is further ORDERED that the Government's motions are DENIED as moot.

                                                FOR THE COURT:
                                                Catherine O'Hagan Wolfe, Clerk



A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

* Judge Gregory H. Woods, of the United States District Court for the Southern District of New York, sitting by designation.

**MANDATE ISSUED ON 05/01/2017**