

*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

August 10, 2017

**BY ECF**

The Honorable Ronnie Abrams
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

      Re:    <u>**United States v. Jason Galanis, et al.,**
             **S1 16 Cr. 371 (RA)**</u>

Dear Judge Abrams:

      Attached please find a victim impact statement from the Wakpamni Lake Community.

                                Respectfully submitted,

                                JOON H. KIM
                              Acting United States Attorney

                       By:  <u>/s/ Rebecca Mermelstein</u>
                              Brian R. Blais
                              Rebecca Mermelstein
                              Andrea M. Griswold
                              Assistant United States Attorneys
                              (212) 637-2521/2360/1205

cc:    Lisa Scolari, Esq. (by ECF)