# EXHIBIT 13

**UNITED STATES COURT OF APPEALS**
**FOR THE SECOND CIRCUIT**

| |
|---|
| IN RE: DEVON ARCHER, <br><br>     Petitioner, |

No. 17-

## PETITION FOR A WRIT OF MANDAMUS

Devon Archer respectfully submits this petition for a writ of
mandamus ordering the United States District Court for the Southern
District of New York to stay its order of January 31, 2017, which denied
Mr. Archer the opportunity to move to quash a facially deficient search
warrant for electronic records under the Stored Communications Act,
which (among other things) called for the production of potentially
thousands of privileged communications. The District Court also denied
Mr. Archer's motion to stay execution of the warrant pending appeal.

On February 1, 2017, Mr. Archer filed a direct appeal of the
District Court's order pursuant to 28 U.S.C. §§ 1291 and 1292(a)(1),
which has been docketed as *United States of America v. Galanis
(Archer)*, No. 17-346. This Court has jurisdiction over the direct appeal

1

under both sections 1291 and 1292(a)(1), and Mr. Archer therefore seeks the issuance of a writ of mandamus only to the extent this Court concludes that it lacks appellate jurisdiction under either of those provisions.  In the event that the Court determines that it lacks jurisdiction under sections 1291 or 1292(a)(1), the writ should issue because Mr. Archer will have "no other adequate means to attain the relief" he seeks, and because Mr. Archer has a "clear and indisputable right to the writ." *Cheney v. U.S. Dist. Court for Dist. of Columbia*, 542 U.S. 367, 380-81 (2004).  As is set forth in more detail in Mr. Archer's motion for a stay pending appeal, which is being filed simultaneously in the direct appeal, the government's execution of the warrants will irreparably abrogate the attorney-client privilege of both Mr. Archer and other individuals and entities, making suppression an incomplete remedy.  The District Court clearly erred by not even entertaining Mr. Archer's motion to quash the warrants.

Because the facts and legal issues in the direct appeal and this petition are nearly identical, and because the request for a writ of mandamus is conditioned upon whether the Court finds that it has jurisdiction over the direct appeal, Mr. Archer will present arguments

2

in support of this petition in his motion, so as to avoid duplication and

to reduce the volume of filings for the Court.  *See, e.g.*, *SEC v.*

*Rajaratnam*, 622 F.3d 159,167-69 (2d Cir. 2010) (granting mandamus

request presented in single appellate brief that combined arguments on

direct appeal and arguments in support of petition for a writ of

mandamus).  Mr. Archer will accordingly move the Court to consolidate

this petition with the docketed direct appeal once both cases are

docketed.

Dated:      February 6, 2017
            New York, New York

                              Respectfully submitted,

                              BOIES, SCHILLER & FLEXNER LLP
                              *Attorneys for petitioner Devon Archer*

                               /s/ Matthew L. Schwartz
                              Matthew L. Schwartz
                              575 Lexington Avenue
                              New York, New York 10022
                              Tel.: (212) 446-2300
                              E-mail: mlschwartz@bsfllp.com

## CERTIFICATE OF SERVICE

On February 6, 2017, I caused the following individuals to be served, by electronic mail and first class U.S. mail at the addresses listed below, with appellant Devon Archer's motion for a stay pending appeal; the Declaration of Matthew L. Schwartz with supporting exhibits, and Mr. Archer's petition for a writ of mandamus:

Rebecca Mermelstein
Brian Blais
Aimee Hector
United States Attorney's Office
for the Southern District of New York
One Saint Andrew's Plaza
New York, New York 10007
E-mail:   rebecca.mermelstein@usdoj.gov
          brian.blais@usdoj.gov
          aimee.hector@usdoj.gov

Hon. Ronnie Abrams
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007
E-mail:  Abrams_NYSDChambers@nysd.uscourts.gov

/s/ Matthew L. Schwartz
Matthew L. Schwartz

4