# EXHIBIT 14

N.Y.S.D. Case #
16-cr-0371(RA)

# UNITED STATES COURT OF APPEALS
## FOR THE
## SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 6th day of February, two thousand and seventeen.

Before:    Christopher F. Droney,
           *Circuit Judge.*

_____

United States of America,

               Appellee,

v.

Devon Archer, Bevan Cooney,

               Defendants - Appellants.

_____

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: February 6, 2017

ORDER

Docket Nos. 17-346(L),
            17-348(Con.)

Appellant Devon Archer filed a motion for a stay of the district court's January 31, 2017 order pending appeal, for a temporary stay of the order pending consideration of this motion, and for expedited briefing and consideration of the merits of the appeal.

IT IS HEREBY ORDERED that the motion for a stay pending appeal and to expedite the appeal is REFERRED to a three-judge panel.  IT IS FURTHER ORDERED that a temporary stay of the order is GRANTED until the panel considers and resolves the motion for a stay pending appeal.

For the Court:

Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

CERTIFIED COPY ISSUED ON 2/6/2017