# EXHIBIT 19

| | |
|---|---|
| From: | Mermelstein, Rebecca (USANYS) |
| To: | Matthew L. Schwartz; Hector, Aimee (USANYS); Blais, Brian (USANYS) |
| Cc: | Silvia L. Serpe |
| Subject: | RE: United States v. Galanis, et al., No. 16 Cr. 371 (RA) |
| Date: | Friday, April 7, 2017 10:44:34 AM |

Matt,

Your list of proposed search terms includes "hunter" "hbiden" and "hunter@rstp.com." Assuming these refer to Hunter Biden, we do not understand their inclusion in your list of proposed terms as we understand Biden to have been Archer's business partner and not to have served in any legal capacity. Accordingly, please explain your basis for the inclusion of these terms.

With regard to the other names of individuals on your list, (1) for each attorney (or other law firm personnel) please identify the law firm with which the individual is affiliated; and (2) for any non-attorney/non legal personnel please provide a justification for their inclusion in the proposed list of search terms.

Thanks,

Rebecca

-----Original Message-----
From: Matthew L. Schwartz [mailto:mlschwartz@BSFLLP.com]
Sent: Thursday, April 6, 2017 6:06 PM
To: Hector, Aimee (USANYS) <AHector@usa.doj.gov>; Blais, Brian (USANYS) <BBlais@usa.doj.gov>; Mermelstein, Rebecca (USANYS) <RMermelstein@usa.doj.gov>
Cc: Silvia L. Serpe <sserpe@serperyan.com>
Subject: United States v. Galanis, et al., No. 16 Cr. 371 (RA)

Aimee, Rebecca, Brian --

Please see the attached correspondence. Also, please let me know when we can expect to receive the complete Google and Apptix productions. When we talked on Monday you said you were going to send it right over.

-mls

Matthew L. Schwartz
BOIES SCHILLER FLEXNER LLP
212-303-3646 (Direct)
646-337-5787 (Mobile)

The information contained in this electronic message is confidential information intended only for the use of the named recipient(s) and may contain information that, among other protections, is the subject of attorney-client privilege, attorney work product or exempt from disclosure under applicable law. If the reader of this electronic message is not the named recipient, or the employee or agent responsible to deliver it to the named recipient, you are hereby notified that any dissemination, distribution, copying or other use of this communication is strictly prohibited and no privilege is waived. If you have received this communication in error, please immediately notify the sender by replying to this electronic message and then deleting this electronic message from your computer. [v.1]