# EXHIBIT 22



**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

**BY FEDERAL EXPRESS**                    July 18, 2017

Matthew Lane Schwartz                Abraham Hassen
Boies, Schiller & Flexner LLP        O'Neill and Hassen
575 Lexington Avenue                 25 8th Avenue, Suite C
New York, NY 10022                   Brooklyn, NY 11217

Gregory Morvillo
Morvillo LLP
500 Fifth Avenue, 43rd Floor
New York, NY 10110

    Re:    ***United States v. Jason Galanis, et al., 16 Cr. 371 (RA)***

Dear Counsel:

    This letter provides supplemental discovery pursuant to Rule 16(a) of the Federal Rules of Criminal Procedure ("Fed. R. Crim. P.").

**Disclosure by the Government**

    Based on your request for discovery in this case, I have enclosed 1 hard drive containing:

- E-mails obtained by search warrant (16 Mag 8347) for accounts belonging to Devon Archer, Bevan Cooney, and Sebastian Momtazi;
- E-mails from Atlantic Asset Management/Hughes from the accounts of Dina Clement, Carolyn Lisa, and Michelle Morton; and
- Documents provided to the Government by Hugh Dunkerley.

Nothing in this letter should be construed as a modification to the Government's requests for discovery from the defendant or any other information set forth in the Government's previous discovery letter. The Government recognizes that its obligation to provide discovery is of a continuing nature, and the Government will supplement this response if it obtains additional evidence and materials.

Very truly yours,

JOON H. KIM
Acting United States Attorney

by: _____ /s/ Brian R. Blais _____
BRIAN R. BLAIS/AIMEE HECTOR/
REBECCA MERMELSTEIN
Assistant United States Attorneys
(212) 637-2521/2203/2360