# EXHIBIT 30

# BOIES, SCHILLER & FLEXNER LLP

575 LEXINGTON AVENUE • 7th FLOOR • NEW YORK, NY 10022 • PH. 212-446-2300 • FAX 212-446-2350

MATTHEW L. SCHWARTZ
Tel.: (212) 303-3646
E-mail: mlschwartz@bsfllp.com

June 17, 2016

**BY HAND DELIVERY**

Brian R. Blais
Aimee Hector
Rebecca Mermelstein
United States Attorney's Office
Southern District of New York
One St. Andrew's Plaza
New York, New York 10007

*Re:* *United States v. Jason Galanis, et al.*, No. 16 Cr. 371 (RA)

Dear Brian, Aimee, and Rebecca:

As you know, we represent Devon Archer in the above-referenced matter. As you requested at the initial pretrial conference in this case, please find enclosed one 2TB hard drive and one 1TB hard drive to be loaded with the discovery in the above-referenced matter, including the contents of the servers and other electronic media taken from Atlantic and Hughes.

In addition, to the extent that you were not already planning to produce it, we respectfully request that the Government produce to Mr. Archer all discovery in *United States v. Jason Galanis, et al.*, No. 15 Cr. 643 (PKC), including any discovery that may have been produced, or may be produced, as *Brady*, *Giglio*, or 3500 material, as well as all trial exhibits, 404(b) material, or material otherwise subject to the Government's motions *in limine* in that case. Please let me know if that will require us to provide you with an additional hard drive or drives.

Sincerely,

Matthew L. Schwartz

Enc.

www.bsfllp.com