# EXHIBIT C



MATTHEW L. SCHWARTZ
Tel.: (212) 303-3646
E-mail: mlschwartz@bsfllp.com

November 20, 2017

**BY ELECTRONIC MAIL**

Lisa P. Korologos
Assistant United States Attorney
One Saint Andrew's Plaza
New York, New York 10007

**Re:**   *United States v. Jason Galanis, et al.*, **No. 16 Cr. 371 (RA)**

Dear Ms. Korologos:

We write on behalf of our client Devon Archer and in response to your letter dated November 2, 2017. As explained in your letter, the government produced to Mr. Archer documents bates-stamped pr.review.archer_00000001-00019666 and pr.review.joint_00000001-00000530, which the government maintains are not protected by the attorney-client privilege. You asked that we let you know by today whether we believe any of these documents are privileged.

We have reviewed the more than 20,000 pages of documents you produced to Mr. Archer as potentially non-privileged, and have so far determined that the documents identified on the enclosed list are *not* privileged, in so far as Mr. Archer is concerned. We are taking a closer look at the remaining 254 documents that the government maintains are not privileged, but expect to complete our review and identify any additional non-privileged documents by this coming Wednesday, November 22, 2017. A privilege log for any privileged documents will follow.

Our review has been significantly complicated by the fact that the government produced numerous documents that have nothing to do with the subject matter of the above-referenced case. Besides being nonresponsive to the warrant and so therefore not lawfully subject to seizure, this raises a significant practical problem. Because we are unfamiliar with the subject matter of these documents (many of which discuss transactions that we had no prior information about, and so therefore do not know which lawyers were representing which parties, who was involved in the negotiations, etc.), making privilege calls is particularly complex. We suggest that there is a practical solution to this problem that will allow the review to be completed more efficiently: the government should provide to us the search terms that it used to determine preliminary responsiveness to the warrant. For the potentially privileged documents that do not hit on any of these responsiveness terms, it should not be necessary for Mr. Archer to spend the time and money resolving complicated privilege calls or preparing a privilege log, since the documents are irrelevant.

Finally, your November 2, 2017 letter also enclosed documents bates-stamped pr.review.archer_00019667-00020819 and pr.review.joint_00000531-00000639, which the

government apparently believes are privileged, but subject to the so-called crime-fraud exception.  In your e-mail to me of November 7, 2017, you clarified that the government is not making any application with respect to those documents at this time, and that nothing is needed from Mr. Archer.  ("After the non-privileged documents are released to the trial team, the trial team will assess whether to seek a crime-fraud exception ruling. . . .  To be perfectly clear, the crime-fraud exception is not being asserted at this stage so there is not yet an assertion for you to object to or oppose.")).  Given the impending motions deadline and trial date in this case, however, Mr. Archer must be in a position to respond quickly once the government determines to seek a ruling from the Court.  To that end, please identify for each "crime fraud" document (a) which crime the government believes the communication is in furtherance of, and (b) all alleged co-conspirators with respect to that crime.  We presume the government has compiled this information already, as it would have been necessary in order to characterize any documents as potentially subject to the crime fraud exception.  In any case, please provide the requested information to Mr. Archer no later than December 1, 2017.

Please do not hesitate to call me at the number above if you have any questions.

Sincerely,

/s/ Matthew L. Schwartz
Matthew L. Schwartz

## Non-Privileged Documents

| Beginning Bates | Ending Bates |
| --- | --- |
| pr.review.archer_00000001 | pr.review.archer_00000003 |
| pr.review.archer_00000004 | pr.review.archer_00000038 |
| pr.review.archer_00000039 | pr.review.archer_00000039 |
| pr.review.archer_00000040 | pr.review.archer_00000040 |
| pr.review.archer_00000041 | pr.review.archer_00000105 |
| pr.review.archer_00000106 | pr.review.archer_00000108 |
| pr.review.archer_00000109 | pr.review.archer_00000109 |
| pr.review.archer_00000110 | pr.review.archer_00000174 |
| pr.review.archer_00000175 | pr.review.archer_00000177 |
| pr.review.archer_00000178 | pr.review.archer_00000179 |
| pr.review.archer_00000180 | pr.review.archer_00000180 |
| pr.review.archer_00000181 | pr.review.archer_00000186 |
| pr.review.archer_00000187 | pr.review.archer_00000187 |
| pr.review.archer_00000188 | pr.review.archer_00000188 |
| pr.review.archer_00000189 | pr.review.archer_00000189 |
| pr.review.archer_00000190 | pr.review.archer_00000195 |
| pr.review.archer_00000196 | pr.review.archer_00000196 |
| pr.review.archer_00000197 | pr.review.archer_00000197 |
| pr.review.archer_00000198 | pr.review.archer_00000198 |
| pr.review.archer_00000199 | pr.review.archer_00000199 |
| pr.review.archer_00000200 | pr.review.archer_00000200 |
| pr.review.archer_00000201 | pr.review.archer_00000255 |
| pr.review.archer_00000256 | pr.review.archer_00000258 |

pr.review.archer_00000259    pr.review.archer_00000260

pr.review.archer_00000261    pr.review.archer_00000274

pr.review.archer_00000275    pr.review.archer_00000286

pr.review.archer_00000287    pr.review.archer_00000288

pr.review.archer_00000289    pr.review.archer_00000347

pr.review.archer_00000348    pr.review.archer_00000348

pr.review.archer_00000349    pr.review.archer_00000349

pr.review.archer_00000350    pr.review.archer_00000350

pr.review.archer_00000351    pr.review.archer_00000351

pr.review.archer_00000352    pr.review.archer_00000366

pr.review.archer_00000367    pr.review.archer_00000378

pr.review.archer_00000379    pr.review.archer_00000387

pr.review.archer_00000388    pr.review.archer_00000393

pr.review.archer_00000394    pr.review.archer_00000401

pr.review.archer_00000402    pr.review.archer_00000402

pr.review.archer_00000403    pr.review.archer_00000418

pr.review.archer_00000419    pr.review.archer_00000423

pr.review.archer_00000424    pr.review.archer_00000424

pr.review.archer_00000425    pr.review.archer_00000425

pr.review.archer_00000426    pr.review.archer_00000444

pr.review.archer_00000445    pr.review.archer_00000445

pr.review.archer_00000446    pr.review.archer_00000446

pr.review.archer_00000447    pr.review.archer_00000465

pr.review.archer_00000466    pr.review.archer_00000468

pr.review.archer_00000469    pr.review.archer_00000472

| | |
|---|---|
| pr.review.archer_00000473 | pr.review.archer_00000473 |
| pr.review.archer_00000474 | pr.review.archer_00000477 |
| pr.review.archer_00000478 | pr.review.archer_00000478 |
| pr.review.archer_00000479 | pr.review.archer_00000493 |
| pr.review.archer_00000494 | pr.review.archer_00000494 |
| pr.review.archer_00000495 | pr.review.archer_00000499 |
| pr.review.archer_00000500 | pr.review.archer_00000504 |
| pr.review.archer_00000505 | pr.review.archer_00000515 |
| pr.review.archer_00000516 | pr.review.archer_00000523 |
| pr.review.archer_00000524 | pr.review.archer_00000524 |
| pr.review.archer_00000525 | pr.review.archer_00000538 |
| pr.review.archer_00000539 | pr.review.archer_00000543 |
| pr.review.archer_00000544 | pr.review.archer_00000574 |
| pr.review.archer_00000575 | pr.review.archer_00000575 |
| pr.review.archer_00000576 | pr.review.archer_00000576 |
| pr.review.archer_00000577 | pr.review.archer_00000577 |
| pr.review.archer_00000578 | pr.review.archer_00000578 |
| pr.review.archer_00000579 | pr.review.archer_00000579 |
| pr.review.archer_00000580 | pr.review.archer_00000580 |
| pr.review.archer_00000581 | pr.review.archer_00000581 |
| pr.review.archer_00000582 | pr.review.archer_00000582 |
| pr.review.archer_00000583 | pr.review.archer_00000583 |
| pr.review.archer_00000584 | pr.review.archer_00000584 |
| pr.review.archer_00000585 | pr.review.archer_00000585 |
| pr.review.archer_00000586 | pr.review.archer_00000586 |

pr.review.archer_00000587    pr.review.archer_00000587

pr.review.archer_00000588    pr.review.archer_00000588

pr.review.archer_00000589    pr.review.archer_00000589

pr.review.archer_00000590    pr.review.archer_00000590

pr.review.archer_00000591    pr.review.archer_00000591

pr.review.archer_00000592    pr.review.archer_00000592

pr.review.archer_00000593    pr.review.archer_00000593

pr.review.archer_00000594    pr.review.archer_00000594

pr.review.archer_00000690    pr.review.archer_00000690

pr.review.archer_00000691    pr.review.archer_00000749

pr.review.archer_00000750    pr.review.archer_00000808

pr.review.archer_00000809    pr.review.archer_00000869

pr.review.archer_00000870    pr.review.archer_00000928

pr.review.archer_00000929    pr.review.archer_00000986

pr.review.archer_00000987    pr.review.archer_00001044

pr.review.archer_00001045    pr.review.archer_00001103

pr.review.archer_00001104    pr.review.archer_00001162

pr.review.archer_00001163    pr.review.archer_00001221

pr.review.archer_00001222    pr.review.archer_00001279

pr.review.archer_00001280    pr.review.archer_00001341

pr.review.archer_00001342    pr.review.archer_00001400

pr.review.archer_00001401    pr.review.archer_00001459

pr.review.archer_00001460    pr.review.archer_00001518

pr.review.archer_00001519    pr.review.archer_00001577

pr.review.archer_00001578    pr.review.archer_00001636

| | |
|---|---|
| pr.review.archer_00001637 | pr.review.archer_00001695 |
| pr.review.archer_00001696 | pr.review.archer_00001746 |
| pr.review.archer_00001747 | pr.review.archer_00001802 |
| pr.review.archer_00001803 | pr.review.archer_00001864 |
| pr.review.archer_00001865 | pr.review.archer_00001922 |
| pr.review.archer_00001923 | pr.review.archer_00001923 |
| pr.review.archer_00001924 | pr.review.archer_00001924 |
| pr.review.archer_00001925 | pr.review.archer_00001928 |
| pr.review.archer_00001929 | pr.review.archer_00001929 |
| pr.review.archer_00001930 | pr.review.archer_00001930 |
| pr.review.archer_00001931 | pr.review.archer_00001934 |
| pr.review.archer_00001935 | pr.review.archer_00001935 |
| pr.review.archer_00001936 | pr.review.archer_00001936 |
| pr.review.archer_00001937 | pr.review.archer_00001940 |
| pr.review.archer_00001941 | pr.review.archer_00001941 |
| pr.review.archer_00001942 | pr.review.archer_00001954 |
| pr.review.archer_00001955 | pr.review.archer_00001955 |
| pr.review.archer_00001956 | pr.review.archer_00002006 |
| pr.review.archer_00002007 | pr.review.archer_00002026 |
| pr.review.archer_00002027 | pr.review.archer_00002027 |
| pr.review.archer_00002028 | pr.review.archer_00002052 |
| pr.review.archer_00002053 | pr.review.archer_00002102 |
| pr.review.archer_00002103 | pr.review.archer_00002104 |
| pr.review.archer_00002105 | pr.review.archer_00002110 |
| pr.review.archer_00002111 | pr.review.archer_00002111 |

| | |
|---|---|
| pr.review.archer_00002112 | pr.review.archer_00002114 |
| pr.review.archer_00002115 | pr.review.archer_00002115 |
| pr.review.archer_00002116 | pr.review.archer_00002118 |
| pr.review.archer_00002119 | pr.review.archer_00002119 |
| pr.review.archer_00002120 | pr.review.archer_00002304 |
| pr.review.archer_00002305 | pr.review.archer_00002305 |
| pr.review.archer_00002306 | pr.review.archer_00002349 |
| pr.review.archer_00002350 | pr.review.archer_00002393 |
| pr.review.archer_00002394 | pr.review.archer_00002394 |
| pr.review.archer_00002395 | pr.review.archer_00002439 |
| pr.review.archer_00002440 | pr.review.archer_00002484 |
| pr.review.archer_00002485 | pr.review.archer_00002502 |
| pr.review.archer_00002503 | pr.review.archer_00002503 |
| pr.review.archer_00002504 | pr.review.archer_00002568 |
| pr.review.archer_00002569 | pr.review.archer_00002569 |
| pr.review.archer_00002570 | pr.review.archer_00002634 |
| pr.review.archer_00002635 | pr.review.archer_00002637 |
| pr.review.archer_00002638 | pr.review.archer_00002638 |
| pr.review.archer_00002639 | pr.review.archer_00002703 |
| pr.review.archer_00002704 | pr.review.archer_00002706 |
| pr.review.archer_00002707 | pr.review.archer_00002708 |
| pr.review.archer_00002709 | pr.review.archer_00002713 |
| pr.review.archer_00002714 | pr.review.archer_00002735 |
| pr.review.archer_00002736 | pr.review.archer_00002738 |
| pr.review.archer_00002739 | pr.review.archer_00002739 |

pr.review.archer_00002740      pr.review.archer_00002754

pr.review.archer_00002755      pr.review.archer_00002755

pr.review.archer_00002756      pr.review.archer_00002771

pr.review.archer_00002772      pr.review.archer_00002772

pr.review.archer_00002773      pr.review.archer_00002790

pr.review.archer_00002791      pr.review.archer_00002791

pr.review.archer_00002792      pr.review.archer_00002792

pr.review.archer_00002793      pr.review.archer_00002807

pr.review.archer_00002808      pr.review.archer_00002824

pr.review.archer_00002825      pr.review.archer_00002825

pr.review.archer_00002826      pr.review.archer_00002826

pr.review.archer_00002827      pr.review.archer_00002827

pr.review.archer_00002828      pr.review.archer_00002828

pr.review.archer_00002829      pr.review.archer_00002829

pr.review.archer_00002830      pr.review.archer_00002832

pr.review.archer_00002833      pr.review.archer_00002833

pr.review.archer_00002834      pr.review.archer_00002872

pr.review.archer_00002873      pr.review.archer_00002874

pr.review.archer_00002875      pr.review.archer_00002967

pr.review.archer_00002968      pr.review.archer_00003059

pr.review.archer_00003060      pr.review.archer_00003089

pr.review.archer_00003090      pr.review.archer_00003157

pr.review.archer_00003158      pr.review.archer_00003225

pr.review.archer_00003226      pr.review.archer_00003226

pr.review.archer_00003227      pr.review.archer_00003349

pr.review.archer_00003350    pr.review.archer_00003355

pr.review.archer_00003362    pr.review.archer_00003362

pr.review.archer_00003363    pr.review.archer_00003556

pr.review.archer_00003557    pr.review.archer_00003559

pr.review.archer_00003560    pr.review.archer_00003561

pr.review.archer_00003562    pr.review.archer_00003564

pr.review.archer_00003565    pr.review.archer_00003565

pr.review.archer_00003566    pr.review.archer_00003566

pr.review.archer_00003567    pr.review.archer_00003567

pr.review.archer_00003568    pr.review.archer_00003568

pr.review.archer_00003569    pr.review.archer_00003626

pr.review.archer_00003627    pr.review.archer_00003648

pr.review.archer_00003649    pr.review.archer_00003651

pr.review.archer_00003652    pr.review.archer_00003675

pr.review.archer_00003676    pr.review.archer_00003704

pr.review.archer_00003713    pr.review.archer_00003713

pr.review.archer_00003714    pr.review.archer_00003740

pr.review.archer_00003741    pr.review.archer_00003741

pr.review.archer_00003742    pr.review.archer_00003770

pr.review.archer_00003771    pr.review.archer_00003771

pr.review.archer_00003772    pr.review.archer_00003838

pr.review.archer_00003839    pr.review.archer_00003839

pr.review.archer_00003842    pr.review.archer_00003842

pr.review.archer_00003843    pr.review.archer_00003846

pr.review.archer_00003847    pr.review.archer_00003849

pr.review.archer_00003850    pr.review.archer_00004497

pr.review.archer_00004498    pr.review.archer_00004552

pr.review.archer_00004553    pr.review.archer_00004619

pr.review.archer_00004620    pr.review.archer_00004717

pr.review.archer_00004718    pr.review.archer_00004786

pr.review.archer_00004787    pr.review.archer_00004876

pr.review.archer_00004877    pr.review.archer_00004877

pr.review.archer_00004878    pr.review.archer_00004878

pr.review.archer_00004879    pr.review.archer_00004879

pr.review.archer_00004880    pr.review.archer_00004880

pr.review.archer_00004889    pr.review.archer_00004890

pr.review.archer_00004906    pr.review.archer_00004906

pr.review.archer_00004913    pr.review.archer_00004913

pr.review.archer_00004915    pr.review.archer_00004915

pr.review.archer_00004916    pr.review.archer_00004917

pr.review.archer_00004918    pr.review.archer_00004919

pr.review.archer_00004920    pr.review.archer_00004921

pr.review.archer_00004922    pr.review.archer_00004923

pr.review.archer_00004924    pr.review.archer_00004924

pr.review.archer_00004925    pr.review.archer_00004932

pr.review.archer_00004933    pr.review.archer_00004964

pr.review.archer_00004965    pr.review.archer_00004965

pr.review.archer_00004966    pr.review.archer_00004968

pr.review.archer_00004969    pr.review.archer_00004990

pr.review.archer_00004991    pr.review.archer_00004991

pr.review.archer_00005020    pr.review.archer_00005021

pr.review.archer_00005022    pr.review.archer_00005029

pr.review.archer_00005030    pr.review.archer_00005148

pr.review.archer_00005153    pr.review.archer_00005155

pr.review.archer_00005156    pr.review.archer_00005198

pr.review.archer_00005199    pr.review.archer_00005206

pr.review.archer_00005225    pr.review.archer_00005225

pr.review.archer_00005226    pr.review.archer_00005258

pr.review.archer_00005259    pr.review.archer_00005321

pr.review.archer_00005325    pr.review.archer_00005325

pr.review.archer_00005326    pr.review.archer_00005357

pr.review.archer_00005358    pr.review.archer_00005358

pr.review.archer_00005359    pr.review.archer_00005391

pr.review.archer_00005392    pr.review.archer_00005393

pr.review.archer_00005394    pr.review.archer_00005394

pr.review.archer_00005395    pr.review.archer_00005429

pr.review.archer_00005430    pr.review.archer_00005430

pr.review.archer_00005431    pr.review.archer_00005464

pr.review.archer_00005465    pr.review.archer_00005465

pr.review.archer_00005466    pr.review.archer_00005499

pr.review.archer_00005500    pr.review.archer_00005533

pr.review.archer_00005534    pr.review.archer_00005534

pr.review.archer_00005535    pr.review.archer_00005568

pr.review.archer_00005569    pr.review.archer_00005602

pr.review.archer_00005603    pr.review.archer_00005603

pr.review.archer_00005604    pr.review.archer_00005638

pr.review.archer_00005639    pr.review.archer_00005639

pr.review.archer_00005640    pr.review.archer_00005674

pr.review.archer_00005675    pr.review.archer_00005675

pr.review.archer_00005676    pr.review.archer_00005710

pr.review.archer_00005711    pr.review.archer_00005712

pr.review.archer_00005713    pr.review.archer_00005746

pr.review.archer_00005747    pr.review.archer_00005747

pr.review.archer_00005748    pr.review.archer_00005781

pr.review.archer_00005782    pr.review.archer_00005782

pr.review.archer_00005784    pr.review.archer_00005785

pr.review.archer_00005786    pr.review.archer_00005820

pr.review.archer_00005821    pr.review.archer_00005821

pr.review.archer_00005822    pr.review.archer_00005856

pr.review.archer_00005863    pr.review.archer_00005863

pr.review.archer_00005864    pr.review.archer_00005865

pr.review.archer_00005866    pr.review.archer_00006152

pr.review.archer_00006153    pr.review.archer_00006153

pr.review.archer_00006154    pr.review.archer_00006154

pr.review.archer_00006155    pr.review.archer_00006157

pr.review.archer_00006158    pr.review.archer_00006160

pr.review.archer_00006161    pr.review.archer_00006162

pr.review.archer_00006163    pr.review.archer_00006163

pr.review.archer_00006164    pr.review.archer_00006164

pr.review.archer_00006165    pr.review.archer_00006169

pr.review.archer_00006170    pr.review.archer_00006263

pr.review.archer_00006264    pr.review.archer_00006265

pr.review.archer_00006266    pr.review.archer_00006267

pr.review.archer_00006268    pr.review.archer_00006269

pr.review.archer_00006270    pr.review.archer_00006270

pr.review.archer_00006271    pr.review.archer_00006361

pr.review.archer_00006362    pr.review.archer_00006365

pr.review.archer_00006366    pr.review.archer_00006369

pr.review.archer_00006378    pr.review.archer_00006378

pr.review.archer_00006379    pr.review.archer_00006413

pr.review.archer_00006414    pr.review.archer_00006414

pr.review.archer_00006415    pr.review.archer_00006419

pr.review.archer_00006420    pr.review.archer_00006420

pr.review.archer_00006421    pr.review.archer_00006460

pr.review.archer_00006461    pr.review.archer_00006461

pr.review.archer_00006462    pr.review.archer_00006501

pr.review.archer_00006502    pr.review.archer_00006502

pr.review.archer_00006503    pr.review.archer_00006503

pr.review.archer_00006504    pr.review.archer_00006508

pr.review.archer_00006509    pr.review.archer_00006513

pr.review.archer_00006514    pr.review.archer_00006514

pr.review.archer_00006515    pr.review.archer_00006521

pr.review.archer_00006522    pr.review.archer_00006522

pr.review.archer_00006523    pr.review.archer_00006523

pr.review.archer_00006524    pr.review.archer_00006528

pr.review.archer_00006529    pr.review.archer_00006533

pr.review.archer_00006540    pr.review.archer_00006540

pr.review.archer_00006541    pr.review.archer_00006548

pr.review.archer_00006549    pr.review.archer_00006550

pr.review.archer_00006551    pr.review.archer_00006558

pr.review.archer_00006559    pr.review.archer_00006559

pr.review.archer_00006560    pr.review.archer_00006565

pr.review.archer_00006566    pr.review.archer_00006571

pr.review.archer_00006572    pr.review.archer_00006573

pr.review.archer_00006574    pr.review.archer_00006581

pr.review.archer_00006582    pr.review.archer_00006589

pr.review.archer_00006590    pr.review.archer_00006595

pr.review.archer_00006596    pr.review.archer_00006603

pr.review.archer_00006604    pr.review.archer_00006612

pr.review.archer_00006613    pr.review.archer_00006613

pr.review.archer_00006614    pr.review.archer_00006614

pr.review.archer_00006615    pr.review.archer_00006634

pr.review.archer_00006635    pr.review.archer_00006635

pr.review.archer_00006636    pr.review.archer_00006742

pr.review.archer_00006743    pr.review.archer_00006743

pr.review.archer_00006744    pr.review.archer_00006744

pr.review.archer_00006745    pr.review.archer_00006851

pr.review.archer_00006890    pr.review.archer_00006906

pr.review.archer_00006909    pr.review.archer_00006910

pr.review.archer_00006911    pr.review.archer_00006911

| | |
|---|---|
| pr.review.archer_00006912 | pr.review.archer_00006912 |
| pr.review.archer_00006913 | pr.review.archer_00006913 |
| pr.review.archer_00006914 | pr.review.archer_00006914 |
| pr.review.archer_00006915 | pr.review.archer_00006915 |
| pr.review.archer_00006916 | pr.review.archer_00006916 |
| pr.review.archer_00006917 | pr.review.archer_00006917 |
| pr.review.archer_00006918 | pr.review.archer_00006918 |
| pr.review.archer_00006919 | pr.review.archer_00006919 |
| pr.review.archer_00006920 | pr.review.archer_00006920 |
| pr.review.archer_00006921 | pr.review.archer_00006921 |
| pr.review.archer_00006922 | pr.review.archer_00006922 |
| pr.review.archer_00006923 | pr.review.archer_00006962 |
| pr.review.archer_00006963 | pr.review.archer_00006963 |
| pr.review.archer_00006964 | pr.review.archer_00006964 |
| pr.review.archer_00006965 | pr.review.archer_00006965 |
| pr.review.archer_00006966 | pr.review.archer_00006966 |
| pr.review.archer_00006967 | pr.review.archer_00006985 |
| pr.review.archer_00006986 | pr.review.archer_00006986 |
| pr.review.archer_00006987 | pr.review.archer_00007001 |
| pr.review.archer_00007002 | pr.review.archer_00007002 |
| pr.review.archer_00007003 | pr.review.archer_00007016 |
| pr.review.archer_00007017 | pr.review.archer_00007017 |
| pr.review.archer_00007018 | pr.review.archer_00007018 |
| pr.review.archer_00007019 | pr.review.archer_00007019 |
| pr.review.archer_00007020 | pr.review.archer_00007020 |

pr.review.archer_00007021    pr.review.archer_00007021

pr.review.archer_00007022    pr.review.archer_00007022

pr.review.archer_00007023    pr.review.archer_00007023

pr.review.archer_00007024    pr.review.archer_00007208

pr.review.archer_00007209    pr.review.archer_00007209

pr.review.archer_00007210    pr.review.archer_00007210

pr.review.archer_00007211    pr.review.archer_00007395

pr.review.archer_00007396    pr.review.archer_00007396

pr.review.archer_00007397    pr.review.archer_00007581

pr.review.archer_00007582    pr.review.archer_00007582

pr.review.archer_00007583    pr.review.archer_00007767

pr.review.archer_00007768    pr.review.archer_00007768

pr.review.archer_00007769    pr.review.archer_00007833

pr.review.archer_00007834    pr.review.archer_00007836

pr.review.archer_00007837    pr.review.archer_00007837

pr.review.archer_00007838    pr.review.archer_00008022

pr.review.archer_00008023    pr.review.archer_00008023

pr.review.archer_00008024    pr.review.archer_00008208

pr.review.archer_00008369    pr.review.archer_00008374

pr.review.archer_00008375    pr.review.archer_00008385

pr.review.archer_00008386    pr.review.archer_00008386

pr.review.archer_00008388    pr.review.archer_00008390

pr.review.archer_00008660    pr.review.archer_00008662

pr.review.archer_00008663    pr.review.archer_00008670

pr.review.archer_00008671    pr.review.archer_00008671

pr.review.archer_00008672    pr.review.archer_00008790

pr.review.archer_00008791    pr.review.archer_00008791

pr.review.archer_00008792    pr.review.archer_00008792

pr.review.archer_00008793    pr.review.archer_00008825

pr.review.archer_00008826    pr.review.archer_00008826

pr.review.archer_00008827    pr.review.archer_00008889

pr.review.archer_00008890    pr.review.archer_00008890

pr.review.archer_00008891    pr.review.archer_00008891

pr.review.archer_00008892    pr.review.archer_00008924

pr.review.archer_00008925    pr.review.archer_00008925

pr.review.archer_00008926    pr.review.archer_00008988

pr.review.archer_00008989    pr.review.archer_00008989

pr.review.archer_00008990    pr.review.archer_00008990

pr.review.archer_00008991    pr.review.archer_00009023

pr.review.archer_00009024    pr.review.archer_00009024

pr.review.archer_00009025    pr.review.archer_00009087

pr.review.archer_00009088    pr.review.archer_00009088

pr.review.archer_00009089    pr.review.archer_00009089

pr.review.archer_00009090    pr.review.archer_00009121

pr.review.archer_00009122    pr.review.archer_00009122

pr.review.archer_00009123    pr.review.archer_00009123

pr.review.archer_00009124    pr.review.archer_00009155

pr.review.archer_00009156    pr.review.archer_00009156

pr.review.archer_00009157    pr.review.archer_00009190

pr.review.archer_00009191    pr.review.archer_00009191

| | |
|---|---|
| pr.review.archer_00009192 | pr.review.archer_00009192 |
| pr.review.archer_00009193 | pr.review.archer_00009226 |
| pr.review.archer_00009227 | pr.review.archer_00009227 |
| pr.review.archer_00009228 | pr.review.archer_00009228 |
| pr.review.archer_00009229 | pr.review.archer_00009262 |
| pr.review.archer_00009263 | pr.review.archer_00009263 |
| pr.review.archer_00009264 | pr.review.archer_00009264 |
| pr.review.archer_00009265 | pr.review.archer_00009298 |
| pr.review.archer_00009299 | pr.review.archer_00009299 |
| pr.review.archer_00009300 | pr.review.archer_00009300 |
| pr.review.archer_00009301 | pr.review.archer_00009334 |
| pr.review.archer_00009335 | pr.review.archer_00009335 |
| pr.review.archer_00009336 | pr.review.archer_00009336 |
| pr.review.archer_00009337 | pr.review.archer_00009370 |
| pr.review.archer_00009371 | pr.review.archer_00009371 |
| pr.review.archer_00009372 | pr.review.archer_00009372 |
| pr.review.archer_00009373 | pr.review.archer_00009406 |
| pr.review.archer_00009407 | pr.review.archer_00009407 |
| pr.review.archer_00009408 | pr.review.archer_00009408 |
| pr.review.archer_00009409 | pr.review.archer_00009442 |
| pr.review.archer_00009443 | pr.review.archer_00009443 |
| pr.review.archer_00009444 | pr.review.archer_00009444 |
| pr.review.archer_00009445 | pr.review.archer_00009478 |
| pr.review.archer_00009479 | pr.review.archer_00009479 |
| pr.review.archer_00009480 | pr.review.archer_00009480 |

pr.review.archer_00009481   pr.review.archer_00009514

pr.review.archer_00009515   pr.review.archer_00009515

pr.review.archer_00009552   pr.review.archer_00009552

pr.review.archer_00009553   pr.review.archer_00009586

pr.review.archer_00009587   pr.review.archer_00009587

pr.review.archer_00009591   pr.review.archer_00009591

pr.review.archer_00009592   pr.review.archer_00009593

pr.review.archer_00009594   pr.review.archer_00009595

pr.review.archer_00009596   pr.review.archer_00009596

pr.review.archer_00009597   pr.review.archer_00009599

pr.review.archer_00009600   pr.review.archer_00009601

pr.review.archer_00009602   pr.review.archer_00009602

pr.review.archer_00009603   pr.review.archer_00009603

pr.review.archer_00009604   pr.review.archer_00009604

pr.review.archer_00009605   pr.review.archer_00009605

pr.review.archer_00009606   pr.review.archer_00009610

pr.review.archer_00009611   pr.review.archer_00009611

pr.review.archer_00009612   pr.review.archer_00009705

pr.review.archer_00009706   pr.review.archer_00009706

pr.review.archer_00009707   pr.review.archer_00009708

pr.review.archer_00009709   pr.review.archer_00009709

pr.review.archer_00009992   pr.review.archer_00009992

pr.review.archer_00009993   pr.review.archer_00010027

pr.review.archer_00010048   pr.review.archer_00010056

pr.review.archer_00010057   pr.review.archer_00010057

pr.review.archer_00010058    pr.review.archer_00010058

pr.review.archer_00010060    pr.review.archer_00010060

pr.review.archer_00010061    pr.review.archer_00010061

pr.review.archer_00010062    pr.review.archer_00010062

pr.review.archer_00010063    pr.review.archer_00010247

pr.review.archer_00010248    pr.review.archer_00010248

pr.review.archer_00010322    pr.review.archer_00010324

pr.review.archer_00010325    pr.review.archer_00010325

pr.review.archer_00010326    pr.review.archer_00010340

pr.review.archer_00010341    pr.review.archer_00010341

pr.review.archer_00010342    pr.review.archer_00010357

pr.review.archer_00010358    pr.review.archer_00010358

pr.review.archer_00010359    pr.review.archer_00010376

pr.review.archer_00010377    pr.review.archer_00010377

pr.review.archer_00010378    pr.review.archer_00010378

pr.review.archer_00010379    pr.review.archer_00010393

pr.review.archer_00010394    pr.review.archer_00010410

pr.review.archer_00010411    pr.review.archer_00010411

pr.review.archer_00010412    pr.review.archer_00010412

pr.review.archer_00010413    pr.review.archer_00010419

pr.review.archer_00010420    pr.review.archer_00010420

pr.review.archer_00010421    pr.review.archer_00010421

pr.review.archer_00010422    pr.review.archer_00010422

pr.review.archer_00010423    pr.review.archer_00010423

pr.review.archer_00010424    pr.review.archer_00010424

pr.review.archer_00010425   pr.review.archer_00010425

pr.review.archer_00010426   pr.review.archer_00010426

pr.review.archer_00010427   pr.review.archer_00010427

pr.review.archer_00010428   pr.review.archer_00010428

pr.review.archer_00010429   pr.review.archer_00010429

pr.review.archer_00010430   pr.review.archer_00010430

pr.review.archer_00010431   pr.review.archer_00010431

pr.review.archer_00010432   pr.review.archer_00010432

pr.review.archer_00010433   pr.review.archer_00010433

pr.review.archer_00010434   pr.review.archer_00010434

pr.review.archer_00010435   pr.review.archer_00010436

pr.review.archer_00010437   pr.review.archer_00010437

pr.review.archer_00010438   pr.review.archer_00010438

pr.review.archer_00010439   pr.review.archer_00010439

pr.review.archer_00010440   pr.review.archer_00010440

pr.review.archer_00010441   pr.review.archer_00010441

pr.review.archer_00010442   pr.review.archer_00010442

pr.review.archer_00010443   pr.review.archer_00010443

pr.review.archer_00010444   pr.review.archer_00010444

pr.review.archer_00010445   pr.review.archer_00010445

pr.review.archer_00010446   pr.review.archer_00010446

pr.review.archer_00010447   pr.review.archer_00010447

pr.review.archer_00010448   pr.review.archer_00010448

pr.review.archer_00010449   pr.review.archer_00010449

pr.review.archer_00010450   pr.review.archer_00010450

pr.review.archer_00010451 pr.review.archer_00010451

pr.review.archer_00010452 pr.review.archer_00010452

pr.review.archer_00010453 pr.review.archer_00010453

pr.review.archer_00010454 pr.review.archer_00010454

pr.review.archer_00010455 pr.review.archer_00010455

pr.review.archer_00010456 pr.review.archer_00010456

pr.review.archer_00010457 pr.review.archer_00010457

pr.review.archer_00010458 pr.review.archer_00010458

pr.review.archer_00010459 pr.review.archer_00010459

pr.review.archer_00010460 pr.review.archer_00010460

pr.review.archer_00010461 pr.review.archer_00010461

pr.review.archer_00010462 pr.review.archer_00010462

pr.review.archer_00010463 pr.review.archer_00010463

pr.review.archer_00010464 pr.review.archer_00010464

pr.review.archer_00010465 pr.review.archer_00010465

pr.review.archer_00010466 pr.review.archer_00010466

pr.review.archer_00010467 pr.review.archer_00010467

pr.review.archer_00010468 pr.review.archer_00010468

pr.review.archer_00010469 pr.review.archer_00010469

pr.review.archer_00010470 pr.review.archer_00010470

pr.review.archer_00010471 pr.review.archer_00010471

pr.review.archer_00010472 pr.review.archer_00010472

pr.review.archer_00010473 pr.review.archer_00010473

pr.review.archer_00010474 pr.review.archer_00010474

pr.review.archer_00010475 pr.review.archer_00010475

pr.review.archer_00010476   pr.review.archer_00010476

pr.review.archer_00010477   pr.review.archer_00010477

pr.review.archer_00010478   pr.review.archer_00010485

pr.review.archer_00010486   pr.review.archer_00010486

pr.review.archer_00010487   pr.review.archer_00010487

pr.review.archer_00010488   pr.review.archer_00010488

pr.review.archer_00010489   pr.review.archer_00010489

pr.review.archer_00010490   pr.review.archer_00010490

pr.review.archer_00010491   pr.review.archer_00010491

pr.review.archer_00010492   pr.review.archer_00010492

pr.review.archer_00010493   pr.review.archer_00010493

pr.review.archer_00010494   pr.review.archer_00010498

pr.review.archer_00010499   pr.review.archer_00010502

pr.review.archer_00010503   pr.review.archer_00010506

pr.review.archer_00010507   pr.review.archer_00010514

pr.review.archer_00010515   pr.review.archer_00010544

pr.review.archer_00010545   pr.review.archer_00010552

pr.review.archer_00010553   pr.review.archer_00010557

pr.review.archer_00010558   pr.review.archer_00010562

pr.review.archer_00010563   pr.review.archer_00010563

pr.review.archer_00010564   pr.review.archer_00010580

pr.review.archer_00010581   pr.review.archer_00010595

pr.review.archer_00010596   pr.review.archer_00010619

pr.review.archer_00010620   pr.review.archer_00010636

pr.review.archer_00010637   pr.review.archer_00010655

| | |
|---|---|
| pr.review.archer_00010656 | pr.review.archer_00010670 |
| pr.review.archer_00010671 | pr.review.archer_00010681 |
| pr.review.archer_00010682 | pr.review.archer_00010698 |
| pr.review.archer_00010699 | pr.review.archer_00010712 |
| pr.review.archer_00010713 | pr.review.archer_00010724 |
| pr.review.archer_00010725 | pr.review.archer_00010736 |
| pr.review.archer_00010739 | pr.review.archer_00010739 |
| pr.review.archer_00010740 | pr.review.archer_00010740 |
| pr.review.archer_00010741 | pr.review.archer_00010798 |
| pr.review.archer_00010799 | pr.review.archer_00010799 |
| pr.review.archer_00010800 | pr.review.archer_00010800 |
| pr.review.archer_00010801 | pr.review.archer_00010801 |
| pr.review.archer_00010812 | pr.review.archer_00010812 |
| pr.review.archer_00010813 | pr.review.archer_00010852 |
| pr.review.archer_00010853 | pr.review.archer_00010853 |
| pr.review.archer_00010854 | pr.review.archer_00010854 |
| pr.review.archer_00010855 | pr.review.archer_00010855 |
| pr.review.archer_00010856 | pr.review.archer_00010856 |
| pr.review.archer_00010857 | pr.review.archer_00010864 |
| pr.review.archer_00010865 | pr.review.archer_00010872 |
| pr.review.archer_00010873 | pr.review.archer_00010880 |
| pr.review.archer_00010881 | pr.review.archer_00010888 |
| pr.review.archer_00010889 | pr.review.archer_00010896 |
| pr.review.archer_00010897 | pr.review.archer_00010904 |
| pr.review.archer_00010905 | pr.review.archer_00010905 |

pr.review.archer_00010906   pr.review.archer_00010931

pr.review.archer_00010932   pr.review.archer_00010934

pr.review.archer_00010935   pr.review.archer_00010935

pr.review.archer_00010936   pr.review.archer_00010936

pr.review.archer_00010937   pr.review.archer_00010937

pr.review.archer_00010938   pr.review.archer_00010938

pr.review.archer_00010939   pr.review.archer_00010997

pr.review.archer_00010998   pr.review.archer_00010998

pr.review.archer_00010999   pr.review.archer_00011059

pr.review.archer_00011060   pr.review.archer_00011060

pr.review.archer_00011061   pr.review.archer_00011119

pr.review.archer_00011120   pr.review.archer_00011120

pr.review.archer_00011121   pr.review.archer_00011178

pr.review.archer_00011179   pr.review.archer_00011179

pr.review.archer_00011180   pr.review.archer_00011237

pr.review.archer_00011238   pr.review.archer_00011238

pr.review.archer_00011239   pr.review.archer_00011297

pr.review.archer_00011298   pr.review.archer_00011298

pr.review.archer_00011299   pr.review.archer_00011357

pr.review.archer_00011358   pr.review.archer_00011358

pr.review.archer_00011359   pr.review.archer_00011417

pr.review.archer_00011418   pr.review.archer_00011418

pr.review.archer_00011419   pr.review.archer_00011476

pr.review.archer_00011477   pr.review.archer_00011477

pr.review.archer_00011478   pr.review.archer_00011539

pr.review.archer_00011540    pr.review.archer_00011540

pr.review.archer_00011541    pr.review.archer_00011599

pr.review.archer_00011600    pr.review.archer_00011600

pr.review.archer_00011601    pr.review.archer_00011659

pr.review.archer_00011660    pr.review.archer_00011660

pr.review.archer_00011661    pr.review.archer_00011719

pr.review.archer_00011720    pr.review.archer_00011720

pr.review.archer_00011721    pr.review.archer_00011779

pr.review.archer_00011780    pr.review.archer_00011780

pr.review.archer_00011781    pr.review.archer_00011839

pr.review.archer_00011840    pr.review.archer_00011840

pr.review.archer_00011841    pr.review.archer_00011899

pr.review.archer_00011900    pr.review.archer_00011900

pr.review.archer_00011901    pr.review.archer_00011951

pr.review.archer_00011952    pr.review.archer_00011952

pr.review.archer_00011953    pr.review.archer_00012008

pr.review.archer_00012009    pr.review.archer_00012009

pr.review.archer_00012010    pr.review.archer_00012071

pr.review.archer_00012072    pr.review.archer_00012072

pr.review.archer_00012073    pr.review.archer_00012130

pr.review.archer_00012131    pr.review.archer_00012131

pr.review.archer_00012132    pr.review.archer_00012132

pr.review.archer_00012133    pr.review.archer_00012133

pr.review.archer_00012134    pr.review.archer_00012157

pr.review.archer_00012158    pr.review.archer_00012321

pr.review.archer_00012324  pr.review.archer_00012324

pr.review.archer_00012325  pr.review.archer_00012509

pr.review.archer_00012510  pr.review.archer_00012510

pr.review.archer_00012511  pr.review.archer_00012511

pr.review.archer_00012512  pr.review.archer_00012553

pr.review.archer_00012554  pr.review.archer_00012564

pr.review.archer_00012565  pr.review.archer_00012567

pr.review.archer_00012568  pr.review.archer_00012568

pr.review.archer_00012569  pr.review.archer_00012583

pr.review.archer_00012584  pr.review.archer_00012584

pr.review.archer_00012585  pr.review.archer_00012600

pr.review.archer_00012601  pr.review.archer_00012601

pr.review.archer_00012602  pr.review.archer_00012619

pr.review.archer_00012620  pr.review.archer_00012620

pr.review.archer_00012621  pr.review.archer_00012621

pr.review.archer_00012622  pr.review.archer_00012636

pr.review.archer_00012637  pr.review.archer_00012653

pr.review.archer_00012654  pr.review.archer_00012654

pr.review.archer_00012655  pr.review.archer_00012655

pr.review.archer_00012656  pr.review.archer_00012656

pr.review.archer_00012657  pr.review.archer_00012657

pr.review.archer_00012663  pr.review.archer_00012663

pr.review.archer_00012664  pr.review.archer_00012667

pr.review.archer_00012668  pr.review.archer_00012670

pr.review.archer_00012671  pr.review.archer_00013318

| | |
|---|---|
| pr.review.archer_00013319 | pr.review.archer_00013373 |
| pr.review.archer_00013374 | pr.review.archer_00013440 |
| pr.review.archer_00013441 | pr.review.archer_00013538 |
| pr.review.archer_00013539 | pr.review.archer_00013607 |
| pr.review.archer_00013608 | pr.review.archer_00013697 |
| pr.review.archer_00013705 | pr.review.archer_00013705 |
| pr.review.archer_00013706 | pr.review.archer_00013706 |
| pr.review.archer_00013707 | pr.review.archer_00013707 |
| pr.review.archer_00013708 | pr.review.archer_00013708 |
| pr.review.archer_00013709 | pr.review.archer_00013768 |
| pr.review.archer_00013769 | pr.review.archer_00013769 |
| pr.review.archer_00013770 | pr.review.archer_00013770 |
| pr.review.archer_00013771 | pr.review.archer_00013771 |
| pr.review.archer_00013772 | pr.review.archer_00013803 |
| pr.review.archer_00013804 | pr.review.archer_00013804 |
| pr.review.archer_00013805 | pr.review.archer_00013837 |
| pr.review.archer_00013838 | pr.review.archer_00013838 |
| pr.review.archer_00013839 | pr.review.archer_00013872 |
| pr.review.archer_00013873 | pr.review.archer_00013873 |
| pr.review.archer_00013874 | pr.review.archer_00013907 |
| pr.review.archer_00013908 | pr.review.archer_00013941 |
| pr.review.archer_00013942 | pr.review.archer_00013942 |
| pr.review.archer_00013943 | pr.review.archer_00013976 |
| pr.review.archer_00013977 | pr.review.archer_00013977 |
| pr.review.archer_00013978 | pr.review.archer_00013978 |

| | |
|---|---|
| pr.review.archer_00013979 | pr.review.archer_00014013 |
| pr.review.archer_00014014 | pr.review.archer_00014014 |
| pr.review.archer_00014015 | pr.review.archer_00014049 |
| pr.review.archer_00014050 | pr.review.archer_00014050 |
| pr.review.archer_00014051 | pr.review.archer_00014085 |
| pr.review.archer_00014086 | pr.review.archer_00014088 |
| pr.review.archer_00014089 | pr.review.archer_00014123 |
| pr.review.archer_00014124 | pr.review.archer_00014124 |
| pr.review.archer_00014125 | pr.review.archer_00014125 |
| pr.review.archer_00014126 | pr.review.archer_00014126 |
| pr.review.archer_00014127 | pr.review.archer_00014127 |
| pr.review.archer_00014128 | pr.review.archer_00014162 |
| pr.review.archer_00014163 | pr.review.archer_00014164 |
| pr.review.archer_00014165 | pr.review.archer_00014199 |
| pr.review.archer_00014200 | pr.review.archer_00014200 |
| pr.review.archer_00014201 | pr.review.archer_00014235 |
| pr.review.archer_00014311 | pr.review.archer_00014311 |
| pr.review.archer_00014312 | pr.review.archer_00014312 |
| pr.review.archer_00014391 | pr.review.archer_00014392 |
| pr.review.archer_00014393 | pr.review.archer_00014393 |
| pr.review.archer_00014394 | pr.review.archer_00014394 |
| pr.review.archer_00014395 | pr.review.archer_00014395 |
| pr.review.archer_00014396 | pr.review.archer_00014396 |
| pr.review.archer_00014397 | pr.review.archer_00014433 |
| pr.review.archer_00014434 | pr.review.archer_00014434 |

pr.review.archer_00014435     pr.review.archer_00014436

pr.review.archer_00014437     pr.review.archer_00014437

pr.review.archer_00014438     pr.review.archer_00014439

pr.review.archer_00014440     pr.review.archer_00014440

pr.review.archer_00014441     pr.review.archer_00014441

pr.review.archer_00014442     pr.review.archer_00014442

pr.review.archer_00014443     pr.review.archer_00014444

pr.review.archer_00014445     pr.review.archer_00014478

pr.review.archer_00014479     pr.review.archer_00014479

pr.review.archer_00014480     pr.review.archer_00014534

pr.review.archer_00014535     pr.review.archer_00014535

pr.review.archer_00014536     pr.review.archer_00014544

pr.review.archer_00014545     pr.review.archer_00014545

pr.review.archer_00014546     pr.review.archer_00014550

pr.review.archer_00014551     pr.review.archer_00014551

pr.review.archer_00014552     pr.review.archer_00014558

pr.review.archer_00014559     pr.review.archer_00014559

pr.review.archer_00014560     pr.review.archer_00014562

pr.review.archer_00014563     pr.review.archer_00014563

pr.review.archer_00014564     pr.review.archer_00014573

pr.review.archer_00014574     pr.review.archer_00014574

pr.review.archer_00014575     pr.review.archer_00014577

pr.review.archer_00014578     pr.review.archer_00014578

pr.review.archer_00014579     pr.review.archer_00014586

pr.review.archer_00014587     pr.review.archer_00014587

| | |
|---|---|
| pr.review.archer_00014588 | pr.review.archer_00014614 |
| pr.review.archer_00014615 | pr.review.archer_00014615 |
| pr.review.archer_00014616 | pr.review.archer_00014616 |
| pr.review.archer_00014617 | pr.review.archer_00014617 |
| pr.review.archer_00014618 | pr.review.archer_00014618 |
| pr.review.archer_00014619 | pr.review.archer_00014619 |
| pr.review.archer_00014620 | pr.review.archer_00014641 |
| pr.review.archer_00014642 | pr.review.archer_00014642 |
| pr.review.archer_00014643 | pr.review.archer_00014643 |
| pr.review.archer_00014644 | pr.review.archer_00014644 |
| pr.review.archer_00014645 | pr.review.archer_00014645 |
| pr.review.archer_00014646 | pr.review.archer_00014646 |
| pr.review.archer_00014647 | pr.review.archer_00014647 |
| pr.review.archer_00014648 | pr.review.archer_00014682 |
| pr.review.archer_00014683 | pr.review.archer_00014683 |
| pr.review.archer_00014684 | pr.review.archer_00014718 |
| pr.review.archer_00014719 | pr.review.archer_00014719 |
| pr.review.archer_00014720 | pr.review.archer_00014723 |
| pr.review.archer_00014724 | pr.review.archer_00014758 |
| pr.review.archer_00014759 | pr.review.archer_00014759 |
| pr.review.archer_00014760 | pr.review.archer_00014764 |
| pr.review.archer_00014765 | pr.review.archer_00014765 |
| pr.review.archer_00014766 | pr.review.archer_00014805 |
| pr.review.archer_00014806 | pr.review.archer_00014806 |
| pr.review.archer_00014807 | pr.review.archer_00014846 |

pr.review.archer_00014847    pr.review.archer_00014847

pr.review.archer_00014848    pr.review.archer_00014848

pr.review.archer_00014849    pr.review.archer_00014853

pr.review.archer_00014854    pr.review.archer_00014854

pr.review.archer_00014855    pr.review.archer_00014862

pr.review.archer_00014863    pr.review.archer_00014864

pr.review.archer_00014865    pr.review.archer_00014872

pr.review.archer_00014873    pr.review.archer_00014873

pr.review.archer_00014874    pr.review.archer_00014874

pr.review.archer_00014875    pr.review.archer_00014914

pr.review.archer_00014915    pr.review.archer_00014915

pr.review.archer_00014916    pr.review.archer_00014955

pr.review.archer_00014956    pr.review.archer_00015046

pr.review.archer_00015047    pr.review.archer_00015047

pr.review.archer_00015048    pr.review.archer_00015154

pr.review.archer_00015155    pr.review.archer_00015156

pr.review.archer_00015157    pr.review.archer_00015157

pr.review.archer_00015158    pr.review.archer_00015158

pr.review.archer_00015159    pr.review.archer_00015166

pr.review.archer_00015167    pr.review.archer_00015174

pr.review.archer_00015175    pr.review.archer_00015182

pr.review.archer_00015183    pr.review.archer_00015190

pr.review.archer_00015191    pr.review.archer_00015198

pr.review.archer_00015199    pr.review.archer_00015206

pr.review.archer_00015207    pr.review.archer_00015207

pr.review.archer_00015208    pr.review.archer_00015213

pr.review.archer_00015214    pr.review.archer_00015215

pr.review.archer_00015216    pr.review.archer_00015217

pr.review.archer_00015218    pr.review.archer_00015219

pr.review.archer_00015220    pr.review.archer_00015221

pr.review.archer_00015222    pr.review.archer_00015223

pr.review.archer_00015224    pr.review.archer_00015229

pr.review.archer_00015230    pr.review.archer_00015235

pr.review.archer_00015264    pr.review.archer_00015286

pr.review.archer_00015287    pr.review.archer_00015301

pr.review.archer_00015302    pr.review.archer_00015320

pr.review.archer_00015321    pr.review.archer_00015336

pr.review.archer_00015338    pr.review.archer_00015354

pr.review.archer_00015356    pr.review.archer_00015372

pr.review.archer_00015373    pr.review.archer_00015392

pr.review.archer_00015393    pr.review.archer_00015409

pr.review.archer_00015410    pr.review.archer_00015432

pr.review.archer_00015433    pr.review.archer_00015452

pr.review.archer_00015453    pr.review.archer_00015469

pr.review.archer_00015470    pr.review.archer_00015484

pr.review.archer_00015485    pr.review.archer_00015505

pr.review.archer_00015506    pr.review.archer_00015528

pr.review.archer_00015529    pr.review.archer_00015546

pr.review.archer_00015547    pr.review.archer_00015563

pr.review.archer_00015564    pr.review.archer_00015581

pr.review.archer_00015582   pr.review.archer_00015596

pr.review.archer_00015597   pr.review.archer_00015616

pr.review.archer_00015617   pr.review.archer_00015632

pr.review.archer_00015633   pr.review.archer_00015653

pr.review.archer_00015654   pr.review.archer_00015667

pr.review.archer_00015668   pr.review.archer_00015682

pr.review.archer_00015683   pr.review.archer_00015699

pr.review.archer_00015700   pr.review.archer_00015720

pr.review.archer_00015721   pr.review.archer_00015741

pr.review.archer_00015742   pr.review.archer_00015763

pr.review.archer_00015764   pr.review.archer_00015764

pr.review.archer_00015765   pr.review.archer_00015769

pr.review.archer_00015771   pr.review.archer_00015773

pr.review.archer_00015774   pr.review.archer_00015800

pr.review.archer_00015810   pr.review.archer_00015814

pr.review.archer_00015815   pr.review.archer_00015837

pr.review.archer_00015838   pr.review.archer_00015852

pr.review.archer_00015853   pr.review.archer_00015871

pr.review.archer_00015872   pr.review.archer_00015874

pr.review.archer_00015875   pr.review.archer_00015879

pr.review.archer_00015880   pr.review.archer_00015895

pr.review.archer_00015896   pr.review.archer_00015912

pr.review.archer_00015913   pr.review.archer_00015929

pr.review.archer_00015938   pr.review.archer_00015957

pr.review.archer_00015958   pr.review.archer_00015974

pr.review.archer_00015975    pr.review.archer_00015997

pr.review.archer_00015998    pr.review.archer_00016017

pr.review.archer_00016018    pr.review.archer_00016034

pr.review.archer_00016042    pr.review.archer_00016056

pr.review.archer_00016057    pr.review.archer_00016077

pr.review.archer_00016078    pr.review.archer_00016100

pr.review.archer_00016101    pr.review.archer_00016118

pr.review.archer_00016119    pr.review.archer_00016135

pr.review.archer_00016136    pr.review.archer_00016153

pr.review.archer_00016154    pr.review.archer_00016168

pr.review.archer_00016174    pr.review.archer_00016193

pr.review.archer_00016194    pr.review.archer_00016209

pr.review.archer_00016210    pr.review.archer_00016230

pr.review.archer_00016231    pr.review.archer_00016244

pr.review.archer_00016245    pr.review.archer_00016259

pr.review.archer_00016260    pr.review.archer_00016280

pr.review.archer_00016281    pr.review.archer_00016301

pr.review.archer_00016302    pr.review.archer_00016323

pr.review.archer_00016328    pr.review.archer_00016333

pr.review.archer_00016334    pr.review.archer_00016360

pr.review.archer_00016361    pr.review.archer_00016365

pr.review.archer_00016366    pr.review.archer_00016376

pr.review.archer_00016378    pr.review.archer_00016380

pr.review.archer_00016381    pr.review.archer_00016381

pr.review.archer_00016382    pr.review.archer_00016386

pr.review.archer_00016387    pr.review.archer_00016389

pr.review.archer_00016402    pr.review.archer_00016402

pr.review.archer_00016403    pr.review.archer_00016477

pr.review.archer_00016478    pr.review.archer_00016478

pr.review.archer_00016479    pr.review.archer_00016481

pr.review.archer_00016482    pr.review.archer_00016506

pr.review.archer_00016507    pr.review.archer_00016507

pr.review.archer_00016508    pr.review.archer_00016511

pr.review.archer_00016512    pr.review.archer_00016512

pr.review.archer_00016513    pr.review.archer_00016540

pr.review.archer_00016541    pr.review.archer_00016541

pr.review.archer_00016542    pr.review.archer_00016624

pr.review.archer_00016625    pr.review.archer_00016698

pr.review.archer_00016699    pr.review.archer_00016897

pr.review.archer_00016898    pr.review.archer_00016913

pr.review.archer_00016914    pr.review.archer_00016941

pr.review.archer_00016942    pr.review.archer_00016945

pr.review.archer_00016946    pr.review.archer_00016970

pr.review.archer_00016971    pr.review.archer_00016971

pr.review.archer_00016972    pr.review.archer_00016975

pr.review.archer_00016976    pr.review.archer_00016976

pr.review.archer_00016977    pr.review.archer_00017004

pr.review.archer_00017005    pr.review.archer_00017005

pr.review.archer_00017006    pr.review.archer_00017088

pr.review.archer_00017089    pr.review.archer_00017162

pr.review.archer_00017163      pr.review.archer_00017361

pr.review.archer_00017362      pr.review.archer_00017377

pr.review.archer_00017378      pr.review.archer_00017405

pr.review.archer_00017410      pr.review.archer_00017412

pr.review.archer_00017413      pr.review.archer_00017415

pr.review.archer_00017416      pr.review.archer_00017416

pr.review.archer_00017417      pr.review.archer_00017417

pr.review.archer_00017418      pr.review.archer_00017418

pr.review.archer_00017419      pr.review.archer_00017421

pr.review.archer_00017422      pr.review.archer_00017422

pr.review.archer_00017423      pr.review.archer_00017586

pr.review.archer_00017587      pr.review.archer_00017589

pr.review.archer_00017590      pr.review.archer_00017598

pr.review.archer_00017599      pr.review.archer_00017599

pr.review.archer_00017600      pr.review.archer_00017600

pr.review.archer_00017601      pr.review.archer_00017602

pr.review.archer_00017603      pr.review.archer_00017621

pr.review.archer_00017622      pr.review.archer_00017686

pr.review.archer_00017774      pr.review.archer_00017776

pr.review.archer_00017777      pr.review.archer_00017777

pr.review.archer_00017778      pr.review.archer_00017785

pr.review.archer_00017786      pr.review.archer_00017835

pr.review.archer_00017836      pr.review.archer_00017879

pr.review.archer_00017880      pr.review.archer_00017881

pr.review.archer_00017882      pr.review.archer_00017886

pr.review.archer_00017887   pr.review.archer_00017890

pr.review.archer_00017891   pr.review.archer_00017894

pr.review.archer_00017895   pr.review.archer_00017898

pr.review.archer_00017899   pr.review.archer_00017899

pr.review.archer_00017900   pr.review.archer_00017907

pr.review.archer_00017908   pr.review.archer_00017964

pr.review.archer_00017965   pr.review.archer_00018024

pr.review.archer_00018025   pr.review.archer_00018025

pr.review.archer_00018026   pr.review.archer_00018148

pr.review.archer_00018149   pr.review.archer_00018149

pr.review.archer_00018162   pr.review.archer_00018162

pr.review.archer_00018163   pr.review.archer_00018163

pr.review.archer_00018460   pr.review.archer_00018460

pr.review.archer_00018461   pr.review.archer_00018624

pr.review.archer_00018625   pr.review.archer_00018625

pr.review.archer_00018626   pr.review.archer_00018789

pr.review.archer_00018790   pr.review.archer_00018791

pr.review.archer_00018792   pr.review.archer_00018955

pr.review.archer_00018956   pr.review.archer_00018956

pr.review.archer_00018957   pr.review.archer_00019120

pr.review.archer_00019121   pr.review.archer_00019121

pr.review.archer_00019122   pr.review.archer_00019285

pr.review.archer_00019286   pr.review.archer_00019286

pr.review.archer_00019287   pr.review.archer_00019467

pr.review.archer_00019468   pr.review.archer_00019468

| | |
|---|---|
| pr.review.archer_00019469 | pr.review.archer_00019529 |
| pr.review.archer_00019530 | pr.review.archer_00019530 |
| pr.review.archer_00019531 | pr.review.archer_00019590 |
| pr.review.archer_00019660 | pr.review.archer_00019661 |
| pr.review.archer_00019662 | pr.review.archer_00019663 |
| pr.review.archer_00019664 | pr.review.archer_00019664 |
| pr.review.archer_00019665 | pr.review.archer_00019665 |
| pr.review.archer_00019666 | pr.review.archer_00019666 |
| pr.review.joint_00000001 | pr.review.joint_00000013 |
| pr.review.joint_00000016 | pr.review.joint_00000016 |
| pr.review.joint_00000017 | pr.review.joint_00000017 |
| pr.review.joint_00000018 | pr.review.joint_00000018 |
| pr.review.joint_00000019 | pr.review.joint_00000021 |
| pr.review.joint_00000365 | pr.review.joint_00000365 |
| pr.review.joint_00000366 | pr.review.joint_00000392 |
| pr.review.joint_00000393 | pr.review.joint_00000393 |
| pr.review.joint_00000394 | pr.review.joint_00000422 |
| pr.review.joint_00000423 | pr.review.joint_00000423 |
| pr.review.joint_00000424 | pr.review.joint_00000490 |
| pr.review.joint_00000491 | pr.review.joint_00000491 |
| pr.review.joint_00000493 | pr.review.joint_00000493 |
| pr.review.joint_00000494 | pr.review.joint_00000494 |
| pr.review.joint_00000495 | pr.review.joint_00000506 |
| pr.review.joint_00000507 | pr.review.joint_00000507 |
| pr.review.joint_00000508 | pr.review.joint_00000509 |

| | |
|---|---|
| pr.review.joint_00000510 | pr.review.joint_00000511 |
| pr.review.joint_00000512 | pr.review.joint_00000513 |
| pr.review.joint_00000514 | pr.review.joint_00000514 |
| pr.review.joint_00000515 | pr.review.joint_00000516 |
| pr.review.joint_00000517 | pr.review.joint_00000517 |
| pr.review.joint_00000518 | pr.review.joint_00000518 |
| pr.review.joint_00000519 | pr.review.joint_00000526 |
| pr.review.joint_00000527 | pr.review.joint_00000527 |
| pr.review.joint_00000528 | pr.review.joint_00000528 |
| pr.review.joint_00000529 | pr.review.joint_00000529 |
| pr.review.joint_00000530 | pr.review.joint_00000530 |