```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED:
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

v.

DEVON ARCHER,

Defendant.

No. 16-CR-371-6 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

If Mr. Archer intends to submit papers opposing the government's March 19th motion for the Court to rule that the attorney-client privilege does not apply to certain email evidence, separate and apart from the potential applicability of the crime-fraud exception, he shall do so no later than April 16, 2018.

SO ORDERED.

Dated:   April 10, 2018
         New York, New York

Ronnie Abrams
United States District Judge