# EXHIBIT 9

| | |
|---|---|
| **Cc:** | Devon Archer[darcher@rosemontcapital.com] |
| **To:** | Bevan Cooney[btcooney@gmail.com] |
| **From:** | jason galanis |
| **Sent:** | Thur 2/26/2015 2:49:00 AM |
| **Subject:** | Re: draft of PPM |

signature.asc

thanks coon.
im focused.

the franchise is fortified by proprietary activities, in my view. we can indulge in healthy competitioon after we are fortified.

proprietary things are: 1) municipals for tribal governments, 2) latin american credit desk, 3) minority asset maageemnt and sales and trading, 4) archer cross border advisory (china, KZ), 5) permanent capital vehicles like BDC, 6) 22 year track record inheritance from Fondinvest.

all else in my mind will come in time.

the rest of the plan is scale scale scale. that is, at first appearance of scale, and then actual scale deriving from that head fake.

a key component is also differentiation in shareholder sponsorship. this means CHINA. we need - in my not so humble opinion - to view Harvest as a optical fortifier as well as financial. Burnham needs relevance again. harvest contributes to it, and also adds two pinches of mystery to the Western eye. Much needed in the reboot of Paillard Enterprises Incorporated.

Drunk and 'yellowed.'

Greeky



On Feb 25, 2015, at 6:22 PM, Bevan Cooney <btcooney@gmail.com> wrote:

> Road map coming together. Love it Greek

Sent from my iPhone

On Feb 25, 2015, at 6:16 PM, jason galanis <jason@holmbycompanies.com> wrote:


Begin forwarded message:

> **From:** jason galanis <jason@holmbycompanies.com>
> **Subject: Re: draft of PPM**
> **Date:** February 25, 2015 at 12:42:24 PM PST
> **To:** Salvador Torres <storresjr@gmail.com>
> **Cc:** "snp500@gmail.com" <snp500@gmail.com>, Johnny Madrid
> <johnny.madrid@gmail.com>, Andrew Godfrey
> <andrew.godfrey@gmail.com>, Gant Morgner <gmorgner@gmail.com>

Sal

Very much would like your comments. You have the latest.

**GOVERNMENT EXHIBIT 2069**
16 Cr. 371 (RA)

To get things formalized, we need to get the Burnham Municipal Capital agreements done wth you. We also need to set a framework for workflow. To that end, I'm copying and introducing Andrew Godfrey to you. Andrew is President of Burnham Securities and Burnham Asset Management. He runs both firms, though notionally Jon Burnham is CEO.

Andrew and I are on the same page about the BMC initiative, both as to the Sovereign Re undertaking, and as to a more comprehensive debt capital markets business at Burnham.

To that end, Andrew originated the proposed Bonwick and Rice transactions. We continue to work through those, and they appear promising. We have preliminary board approval to pursue them, with a view that they would round out the debt capital markets capabilities of the group.

Again, my thinking on architecture os BMC, lead by your efforts, would sit on top of the municipal corporate finance functions, including deal origination and architecture. The Bonwick/Rice teams would be collaborative on the corporate finance execution and the sales and trading efforts.

To one side is Atlantic Asset Management which would serve as a lead order in most all issues. Andrew has begun coordination with Michelle Morton, who is CEO of the combined Hughes Capital Management and Atlantic Asset Management.

Now that you are introduced, let's enlist the recipients' input on how to formally launch.

Jason


On Feb 25, 2015, at 10:56 AM, Salvador Torres <storresjr@gmail.com> wrote:


Good afternoon Jason,

We are looking forward to getting started and though we would begin by summarizing the documents you sent and offering up some comments on the PPM. Has the PPM been updated or should we comment on what you distributed last month?

Thanks,
Salvador

Salvador Torres Jr.
(408) 782-4282 gv
(510) 908-2157 m

-----Original Message-----
From: jason galanis [mailto:jason@holmbycompanies.com]
Sent: Friday, January 30, 2015 3:23 AM
To: Salvador Torres; dan Ha; Johnny Madrid
Subject: draft of PPM

gentlmen,

attached is a working draft of the proposed bond placement. i am circulating it in a rough form and, to that end, please ignore residual language from the Wakpamni issue. this will be an issue from the Enterprise Rancheria tribe in Oroville, California.

SearchWarrant_v2_00019077

i wanted to get this to you even in its preliminary form.

Jason

Confidential Material

-----BEGIN PGP SIGNATURE-----
Comment: GPGTools - https://gpgtools.org

iQlcBAEBCgAGBQJU7omhAAoJEHzCRXR8wxfpmPoP+gOzX4LU6Wo8czcpfv04iF0L
DAdI+0cf82Ugxz1/9AEL62bJOaP/ETthQY+NHidNxG7d7FmuZCsCxoGH4E8w0OXs
no2l4H4wr/C2TtaVVtTnSlmZ9zOpATsnICzo7ksJkxcrrD4z4ZH+EqFNYtS0/sfR
cNUZTUg73wbZdeQduxa+8VWiGNdGwwb1N8qpXf83vn3dH6uxKO7HCSGSmryu6mDl
BAfapJPNsaRUrFDJ/4+DoAm/7st/L42+0/FbrDbLrEnVqRAgD0obTAJv2fZ7EsJ2
Re566uiwhtca64J+oqRlNWzT+B6WLyTxG14gyDkTwDR/C+ESyKTH4VFzXbVrwwah
VtVhkdWOi7dZCA+vNXvntqY1YWrKsT+CAHCtUdSTSkTH2qWr24LF+cUB8u8RMjLw
7q3OYVel2Zw6aWaDfraRbm0l6KxRHASimxgJO3MFVy50QJBBeFXC/LeTZ6LjL+RD
w59cQphXluW5QQQiLxvjuaG+VoFlqpnEAvqgn3LkQyNWms1ijBZhIwjaUSrUFP0
9wKC4IMs+gRa2IjF8oCyF4hL5XlXNRW0zlo2yM8N4NBALwdPrEBZ23Oq7bDjKXA8
t9me3WrtFwGDDYNMLjS7lxGLsb4J5+ptKR5PxMfkey5bL6Uinr3V7Kkgf3R9sJZu
9JmIFVLDHSx8ktqWVvqg
=6iLl
-----END PGP SIGNATURE-----