# EXHIBIT 20

Cc: Devon Archer <darcher@rosemontcapital.com>
From: Bevan <btcooney@gmail.com>
Subject: Re: Fwd:
Sent: Fri, 11 Apr 2014 19:54:26 -0700
To: jason galanis <jason@holmbycompanies.com>

Go with your gut Greek!

Sent from my iPhone.

On Apr 11, 2014, at 7:39 PM, jason galanis <jason@holmbycompanies.com> wrote:

> guys, i got a strong referral for an auditor to audit Code Rebel so we can file. see below.
> got the quickbooks file to him today to get a cost and time quote.
>
> we have a standing offer for $2 million on a $20 million valuation from Richard Rosenblatt. i do not want to take it, as the IPO will see him selling. much more to do with several hundred million NASDAQ paper - even illiquid paper. Milky comes to mind. Also acquisitions. Or regulatory capital for insurance.
>
> hope you agree with the judgment.
>
>
>
> Begin forwarded message:
>
>> From: "Lawrence Lichter" <LLichter@lichteryu.com>
>> Subject: RE:
>> Date: April 9, 2014 at 2:35:35 PM PDT
>> To: "BRIAN BRICK" <brianbrick@me.com>, "jason galanis" <jason@holmbycompanies.com>
>> Cc: "Jason Sugarman" <jsugarman@camdencap.com>
>
> Hi Brian and Jason -
>
> Yes we can. We are PCAOB registered and our specialty is the smaller entities that are getting ready to go public or have just gone public and working with them and their team of lawyers and investment bankers.
>
>
> We would be happy to discuss it further.
>
> Let me know how to proceed.
>
> Best regards,
>
> Lawrence
>
>
> -----Original Message-----
> From: BRIAN BRICK [mailto:brianbrick@me.com]
> Sent: Wednesday, April 09, 2014 2:26 PM
> To: jason galanis
> Cc: Jason Sugarman; Lawrence Lichter
> Subject: Re:

Confidential Material

GOVERNMENT
EXHIBIT
2204
16 Cr. 371 (RA)

SearchWarrant_v2_00010481

Lawrence,
This is my friend Jason who has a auditing situation...can you help?

On Apr 9, 2014, at 2:17 PM, jason galanis <jason@holmbycompanies.com> wrote:

> Brian
>
> you and i spoke about an auditor in town that you trust. i have a client referral for them. the company is a private hawaii based technology business that has an S-1 drafted, however, its auditors are not PCAOB.
>
> they are a small company and uncomplicated as a result.
>
> would you refer your LA based auditor?
>
> here is the company http://www.coderebel.com
>
> Jason

Confidential Material
SearchWarrant_v2_00010482