# EXHIBIT 22

**Test Series 24**

GOVERNMENT
EXHIBIT
1025
16 Cr. 371 (RA)

# National Association of Securities Dealers, Inc.

## GENERAL SECURITIES PRINCIPAL QUALIFICATION EXAMINATION (TEST SERIES 24)

# STUDY OUTLINE

Copyright © 1993
National Association of Securities Dealers, Inc.
9513 Key West Avenue, Rockville, MD 20850

# STUDY OUTLINE

# NATIONAL ASSOCIATION OF SECURITIES DEALERS. INC.
## GENERAL SECURITIES PRINCIPAL
## QUALIFICATION EXAMINATION

The NASD General Securities Principal Qualification Examination (Test Series 24) is designed to test a candidate's knowledge of the rules and statutory provisions applicable to the management of a general securities broker/dealer. This study outline has been prepared to assist member firms in preparing candidates to sit for the examination. The outline is designed for use by course developers in the preparation of training material, for training directors in the development of lecture notes and seminar programs and for use by candidates themselves, both to structure their study and as a final review checklist prior to sitting for the examination. The General Securities Principal Qualification Examination and this study outline are composed of five general areas of supervision, which are listed below with the approximate percentage point value assigned to each area.

| General Area | Percentage Point Value |
|---|---|
| 1.0  Supervision of Investment Banking Activities | 20% |
| 2.0  Supervision of Trading and Market-Making Activities | 20% |
| 3.0  Supervision of Brokerage Office Operations | 22% |
| 4.0  Sales Supervision, General Supervision of Employees; Regulatory Framework of NASD | 26% |
| 5.0  Compliance With Financial Responsibility Rules | 12% |

Detail on the content of each of these general areas of supervision is included in the text of the study outline which follows.

## Structure of the Examination and Grading Procedures

The General Securities Principal Qualification Examination is composed of 125 multiple-choice questions covering all of the material in the following outline in accordance with the subject matter distribution shown above. A maximum of three hours testing time is allowed for candidates to complete the examination. The examination is graded on a 125 point system. Each multiple choice question is worth one

point. No credit is given for incorrect answers to these questions. The passing grade is equal to 70% of the total number of questions on the examination. Candidates will be required. therefore. to answer correctly 88 of the 125 questions on the General Securities Principal Qualification Examination in order to receive a passing grade. The results will identify the percentage performance of the candidate in each of the five general areas of the examination.

The examination is a closed book test and candidates will not be permitted to use any reference material during their testing session. Scratch paper will be provided to a candidate by the test administrator, but must be returned to the administrator at the end of the testing session. Electronic calculators may be used provided such devices have an independent power source. operate silently, no print mechanisms, and no alphabetical keys or programmable memory.

Questions used in the examination will be updated to reflect the most current interpretations of the rules and regulations on which they are based. Questions on new rules will be added to the pool of questions for this examination within a reasonable time period after their effective dates. Questions on rescinded rules will be promptly deleted from the pool of questions.

Below is a list of reference materials that may be used as a source-material starting point for course developers in preparing training programs. Much of the reference material overlaps topics covered in other references. It is, therefore, not necessary, to obtain each reference listed. In addition, non-member commercial training vendors offer packaged study courses specifically designed for this registration category. These vendors are often listed in local yellow page directories and advertise in securities industry periodicals.

Copies of this outline and registration applications may be obtained from NASD MediaSource or any of the NASD District Offices.

NASD MediaSource[*]
9513 Key West Avenue
Rockville, MD  20850
(301) 590-6578

Throughout the outline. New York Stock Exchange rules have been cross-referenced to the appropriate NASD and SEC rules. In instances where the rules differ. explanatory notes highlight the requirements of

each rule. The Exchange rules listed in Section 2.2 will be tested. However, the rules referenced in other parts of the outline are provided for information purposes only. Test questions on the examination will be asked in terms of NASD or SEC rules.

At the end of this outline there are five sample questions written in the various formats used in the Series 24 test questions. These samples do not reflect the difficulty level of the test questions or the subject matter distribution of the test itself. Their use is to familiarize candidates with the types of multiple choice question formats used in the Series 24.

## Reference Materials

*Appeal Securities Act Handbook*
Appeal Printing Company
130 Cedar Street
New York, NY

*Code of Federal Regulations*
Title 17—Commodity and Securities Exchanges
Superintendent of Documents
U.S. Government Printing Office
Washington, DC  20402

*Federal Securities Law Reporter*
Volumes 2 and 3
Commerce Clearing House, Inc.
4025 West Peterson Avenue
Chicago, IL 60646

*National Association of Securities
Dealers, Inc. Manual*
Commerce Clearing House, Inc.

4025 West Peterson Avenue
Chicago, IL 60646

*New York Stock Exchange, Inc. Manual*
Commerce Clearing House, Inc.
4025 West Peterson Avenue
Chicago, IL 60646

*Regulation of Brokers, Dealers and Securities Markets*
N. Wolfson, R.M. Phillips, and T.A. Russo
Warren Gorham & Lamont Inc.
210 South Street
Boston, MA 02111

*Securities Credit Transactions*
*Regulations X, G, T and U*
Board of Governors of the Federal Reserve System
Constitution Avenue at 20th Street, NW
Washington, DC

*Securities Law Handbook*
Harold Bloomenthal
Clark Boardman Callahan
375 Hudson Street
New York, NY 10014

*Securities Regulation*
Volume 2
Prentice-Hall, Inc.
Englewood Cliffs, NY 07632

# 1.0
# SUPERVISION OF INVESTMENT BANKING ACTIVITIES

1.1 **New Issue Market**

1.1.1 **Underwriting Corporate Securities (negotiated)**

1.1.1.1 Types of offerings
Primary
Secondary

1.1.1.2 Investigation of financing proposals
Preliminary study
Letter of intent
General examination
Industry data
Operational data
Management and employee relations
Financial data
Research, product development and expansion
Legal examination

1.1.1.3 Formation of the underwriting syndicate
Role of syndicate manager
Agreement among underwriters
Due diligence meeting
Blue skying the issue

1.1.1.4 Types of underwriting commitments
Firm commitment
Competitive bid or negotiated
Stand-by commitment
All or none
Best efforts
Mini-Max
Market-out clauses

1.1.1.5 Pricing of the issue
Determined on effective date of registration
Indication of interest (underwriter's book)
Factors affecting price of issue
Consequences of sticky offerings

1.1.1.6 Underwriters compensation
Components of underwriters spread
Forms of compensation
Stand-by commitments

1.1.1.7 Formation of the selling group
Handled by managing underwriter
Selling group agreement
Liabilities of selling group members vs. underwriters' liabilities

1.1.1.8 Stabilization

1.1.1.9 Syndicate penalty bid
Purpose
Denial of spread or concession on transaction
Penalty fees

1.1.1.10 Hot issues and overallotment
Limitations on overselling
Pro-rata distribution of managing underwriter's short position losses among co-underwriters

1.1.1.11 The public offering
Preliminary prospectus
Tombstone advertisements
Indications of interest
Final or statutory prospectus
Opening and closing the books

1.1.1.12 Shelf distributions
Issuers may register to sell limited amounts of securities on a delayed basis for up to two years
Allows issuers and investment bankers the flexibility of matching financing needs to market conditions

1.1.1.13 Venture capital

1.1.1.14 Mergers and acquisitions
Risk arbitrage
Leveraged buy-outs

1.1.1.15 Initial public offerings

1.2 **Securities Act of 1933 and SEC Rules Thereunder**

1.2.1 **Section 2—Definitions under the Act**

1.2.1.1 Distribution of information during an underwriting
Rule 134—Communications not deemed a prospectus
Rule 137—Definition of "offers", "participates", or "participation" in Section 2(11) in relation to certain publications by persons independent of participants in a distribution
Rule 138—Definition of "offer for sale" and "offer to sell" in Sections 2(10) and 5(c) in relation to certain publications
Rule 144—Persons deemed not to be engaged in a distribution and therefore not underwriters
Definitions
Conditions to be met
Current public information
Holding period for restricted securities
Limitation on amount of securities sold
Manner of sale
Brokers' transactions
Notice of proposed sale
Bona fide intention to sell
Non-exclusive rule
Termination of certain restrictions on sale of restricted securities by persons other than affiliates
Rule 145—Reclassification of securities, mergers, consolidations and acquisitions of assets
Transactions within the rule
Communications not deemed a "prospectus" or "offer to sell"
Persons and parties deemed to be underwriters
Resale provisions for persons and parties deemed to be underwriters
Definition of "person"
Form S-4 requirement

1.2.2 **Section 3—Exempted Securities**

1.2.2.1 Rule 147—"Part of an issue", "person

resident" and "doing business within" for
purposes of Section 3(a)(11)
   Transactions covered
   Part of an issue
   Nature of the issuer
   Offerees and purchasers, person resident
   Limitation of resales
   Precautions against interstate offers
   and sales

1.2.2.2   Regulation A—General exemptions
   Rule 251—Definition of terms
   Rule 254—Amount of securities
   exempted
   Rule 256—Filing and use of the
   offering circular
   Rule 258—Sales material to be filed

1.2.3   **Section 4—Exempted Transactions**

1.2.3.1   Transactions by any person other than an
issuer, underwriter or dealer

1.2.3.2   Transactions by an issuer not involving
any public offering

1.2.3.3   Transactions by a dealer

1.2.3.4   Broker's transactions

1.2.3.5   Regulation D—Rules governing the
limited offer and sale of securities without
registration under the Securities Act of 1933

1.2.3.5.1   Rule 501—Definitions and terms used
in Regulation D
   Accredited investor
   Affiliate
   Aggregate offering price
   Business combination
   Calculation of number of purchasers
   Executive officer
   Purchaser representative

1.2.3.5.2   Rule 502—General conditions to be met
   Integration
   Information requirements
   Limitations on manner of offering
   Limitations on resale

1.2.3.5.3   Rule 503—Filing of notice of sale
   Filing Form D

1.2.3.5.4   Rule 504—Exemption for limited
offers and sales of securities not
exceeding $1,000,000
   Exemption
   Conditions to be met
     General conditions
     Specific conditions
     Limitation on aggregate
     offering price

1.2.3.5.5   Rule 505—Exemption for limited
offers and sales of securities not
exceeding $5,000,000
   Exemption
   Conditions to be met
     General conditions
     Specific conditions
      Limitation on aggregate
      offering price
      Limitation on number of
      purchasers
      Disqualifications

1.2.3.5.6   Rule 506—Exemption for limited
offers and sales without regard to
dollar amount of offering
   Exemption
   Conditions to be met
     General conditions
     Specific conditions
      Limitation on number of
      purchasers
      Nature of purchasers

1.2.3.6   Rule 174—Delivery of prospectus by
dealers; exemptions under Section 4(3)
of the Act

1.2.4   **Section 5—Prohibitions Relating to
Interstate Commerce and the Mails**

1.2.4.1   Rule 135—Notice of certain proposed
offerings

1.2.4.2   Rule 135A—Generic advertising

1.2.4.3   Rule 144A—Private resales of securities to
institutions

1.2.4.4   Regulation S—Rules governing offers and
sales made outside the U.S. without
registration under the Securities Act of 1933
   Rule 901—General statement
   Rule 902—Definitions
   Rule 903—Offers or sales of securities
   by the issuer, a distributor, and of their
   respective affiliates, conditions relating to
   specific securities
   Rule 904—Resales

1.2.4.5   Rule 153A—Definition of "preceded by a
prospectus" as used in Section 5(b)(2) of
the Act, in relation to certain transactions
requiring approval of security holders

1.2.5   **Section 6—Registration of Securities and
Signing of Registration Statement**

1.2.5.1   Regulation C—Registration
   Rule 415—Delayed or continuous
   offering and sale of securities (shelf
   registration)
     Form S-1 filing requirement
   Rule 427—Contents of prospectuses used
   after nine months
   Rule 430—Prospectus for use prior to
   effective date
   Rule 460—Distribution of preliminary
   prospectus

1.2.6   **Section 7—Information Required in
Registration Statement**

1.2.7   **Section 8—Taking Effect of Registration
Statements**

1.2.7.1   Amendments to registration statements prior
to and after effective date

1.2.7.2   Stop orders
   Form S-18 filing requirement

1.2.8   **Section 10—Information Required in
Prospectus**

1.2.8.1   Prospectus used more than nine months

1.2.8.2   Summary prospectus

1.2.9.   **Section 11—Civil Liabilities on Account of
False Registration Statement**

1.2.10     **Section 12—Civil Liabilities Arising in Connection with Prospectuses and Communications**

1.2.11     **Section 15—Liability of Controlling Persons**

1.2.12     **Section 17—Fraudulent Interstate Transactions**

1.2.13     **Section 23—Unlawful representations**

1.3     **Securities Exchange Act of 1934 and SEC Rules Thereunder**

1.3.1     **Section 10—Regulation of the Use of Manipulative and Deceptive Devices**

1.3.1.1     Section 10(b)—Use or employment of manipulative or deceptive devices

1.3.1.1.1     Rule 10b-2—Solicitation of purchases on an exchange to facilitate distribution of securities

1.3.1.1.2     Rule 10b-6—Prohibition of trading by persons interested in a distribution

1.3.1.1.3     Rule 10b-7—Stabilizing to facilitate a distribution
      Scope of rule
      Definitions
      Transactions must be necessary
      Priority must be granted
      Control of stabilizing
      Stabilizing at prices resulting from unlawful activity
      Stabilizing prohibited in offerings at the market
      Stabilizing securities traded in more than one market
      Entering stabilizing bid on an exchange prior to opening
      Stabilizing levels
      Disclosure of stabilizing
      Recordkeeping requirements
      Limitation of liability
      Exempted securities
      Exempted transactions

1.3.1.1.4     Rule 10b-8—Distribution through rights

1.3.1.1.5     Rule 10b-9—Prohibited representations in connection with certain offerings

1.3.1.1.6     Rule 10b-13—Prohibiting other purchases during tender offer or exchange offer

1.3.1.1.7     Rule 10b-18—Purchases of certain equity securities by the issuer and others

1.3.1.1.8     Rule 10b-21—Short selling in connection with a public offering

1.3.2     **Section 12—Registration Requirements for Securities**

1.3.2.1     Section 12(a)—Exchange listed securities

1.3.2.2     Section 12(g)—Registration of issuers engaged in interstate commerce

1.3.2.3     Section 12(j)—Suspension or revocation of registration

1.3.2.4     Section 12(k)—Suspension on trading

1.3.3     **Section 13—Periodical and Other Reports**

1.3.3.1     Rule 13a-11—Current reports on Form 8-K

1.3.3.2     Rule 13a-13—Quarterly reports in Form 10-Q

1.3.3.3     Rule 13d-1—Filing of Schedules 13D and 13G

1.3.3.4     Rule 13e-3—Going private transactions by certain issuers or their affiliates
      Schedule 13E-3 filing requirement

1.3.3.5     Rule 13e-4—Tender offers by issuers
      Schedule 13E-4 filing requirement

1.3.4     **Regulation E**

1.3.4.1     Rule 14e-1—Unlawful tender offer practices

1.3.4.2     Rule 14e-3—Transactions in securities on the basis of material, non-public information in the context of tender offers

1.3.4.3     Rule 14e-4—Prohibited transactions in connection with partial tender offers

1.3.5     **Section 15—Registration and Regulation of Brokers and Dealers**

1.3.5.1     Section 15(c)(1)—Manipulative, deceptive or fraudulent devices or contrivances

1.3.5.1.1     Rule 15c1-8—Sales at the market

1.3.5.1.2     Rule 15c1-9—Use of pro forma balance sheets

1.3.5.2     Section 15(c)(2)—Fraudulent acts or practices and fictitious quotations

1.3.5.2.1     Rule 15c2-4—Transmission or maintenance of payments received in connection with underwritings

1.3.5.2.2     Rule 15c2-8—Delivery of prospectus
      Preliminary prospectus
      Final prospectus
      Delivery to associated persons
      Delivery to other broker/dealers by managing underwriter

1.3.5.3     Section 15(d)—Reports of registrants under the Securities Act of 1933

1.3.5.3.1     Rule 15d-11—Current reports of Form 8-K

1.3.5.3.2     Rule 15d-13—Quarterly reports on Form 10-Q

1.3.5.3.3     Rule 15d-17—Reports on Form 10-C by issuers of securities quoted on the Nasdaq interdealer quotation system

1.3.6     **Section 16—Reports of Directors, Officers and Principal Stockholders**

1.3.6.1     Rule 16a-1—Filing of statement

1.3.6.1.1     Form 3—Initial statement of beneficial ownership of securities

1.3.6.1.2     Form 4—Statement of changes in beneficial ownership of securities

1.3.6.1.3     Form 10C—Filing requirements

1.3.7     **Section 17—Accounts and records, Reports, Examinations of Exchanges, Members and Others**

1.3.7.1     Section 17(a)(1)—General requirements for the maintenance of records and report filing as prescribed by SEC

1.3.7.1.1     Rule 17a-2—Recordkeeping requirements relating to stabilizing activities
      Scope of rule
      Definitions
      Records required to be maintained by manager

Notification of manager

1.4     **National Association of Securities Dealers—Regulations**

1.4.1     **Schedules to the By-Laws**

1.4.1.1     Schedule E—Distribution of securities of members and affiliates
Definitions
Participation in distribution of securities of member or affiliate
Suitability
Discretionary accounts
Sales to employees

1.4.2     **Article III—Rules of Fair Practice**

1.4.2.1     Section 1—Business conduct of members
Free-riding and withholding
Introduction
Interpretation
Scope and intent of interpretation
Sales by issuers in conversion offerings
Definitions
Conditions for exemption
Sales to members, associated persons of members and certain related persons
Sales to other restricted persons

1.4.2.2     Section 7—Disclosure of price in selling agreements

1.4.2.3     Section 8—Securities taken in trade
Definition
Compliance with requirements relating to fair market price of securities taken in trade Maintenance of records of bid and ask quotations

1.4.2.4     Section 16—Offerings "at the market"

1.4.2.5     Section 17—Solicitation of purchases on an exchange to facilitate a distribution of securities

1.4.2.6     Section 23—Net prices to persons not in investment banking or securities business

1.4.2.7     Section 24—Selling concessions
Discounts or allowances must be paid only to broker/dealer for services rendered in distribution
Definition of "bona fide research"
Required written agreements
Quarterly reports to be filed
Maintenance of records for 24 months

1.4.2.8     Section 34—Direct Participation Programs
Appendix F
Application of Appendix F
Definitions
Suitability
Disclosure
Organization and offering expenses
Participation in rollups

1.4.2.9     Section 36—Transactions with related persons

1.4.2.10     Section 44—The corporate financing rule — Underwriting terms and arrangements
Definitions
Filing requirements
Underwriting compensation and arrangements

Power of the Board of Governors

1.4.3     **Code of Procedure**

1.4.3.1     Article XII—Code of procedure for corporate financing and direct participation program matters
Purpose
Application by aggrieved member
Application for review
Notice of hearing
Hearing committee and procedure
Requirement for written determination
Review by committee of Board
Nature of determination

1.4.4     **Uniform Practice Code**

1.4.4.1     Section 66—Settlement of syndicate accounts
Definitions
Final settlement

1.4.4.2     Section 67—Settlement of underwritten public offerings

1.5     **Investment Company Act of 1940 and SEC Rules Thereunder**

1.5.1     **Section 3—Definition of Investment Company**

1.5.2     **Section 4—Classification of Investment Companies**

1.5.2.1     Unit investment trust

1.5.2.2     Management company

1.5.3     **Section 5—Subclassification of Management Companies**

1.5.3.1     Open-end company

1.5.3.2     Closed-end company

1.5.3.3     Diversified company

1.5.3.4     Non-diversified company

1.5.4     **Section 8—Registration of Investment Companies**

1.5.4.1     Section 8(b)—Filing requirements for investment companies
Form N-1A—Registration statement of open-end management investment companies

1.5.5     **Section 12—Functions and Activities of Investment Companies**

1.5.5.1     Prohibitions
Purchases on margin
Participation in joint trading accounts
Short sales

1.5.5.2     Rule 12b-1—Distribution of shares by registered open-end management investment company
Disclosure of payment for distribution of funds from assets
Statement of additional information

1.5.6     **Section 13—Changes in Investment Policy**

1.5.6.1     Majority vote of shareholders
Change of subclassification
Borrowing; issuing or underwriting securities; purchasing or selling real estate; making loans
Deviation from investment or other policy

Change in nature of business

1.5.7    **Section 15—Investment Advisory and Underwriting contracts**

1.5.7.1    Investment advisors

1.5.7.2    Underwriter

1.5.7.3    Approval by board of directors

1.5.8    **Section 16—Changes in Board of Directors; Provisions Relative to Strict Trusts**

1.5.8.1    Election by shareholders

1.5.9    **Section 19—Dividends**

1.5.9.1    Accumulated undistributed net income

1.5.9.2    Current net income

1.5.9.3    Statement disclosing source of payment
Rule 19a-1—Written statement to accompany dividend payments by management companies

1.5.9.4    Distribution of long-term capital gains
Rule 19b-1—Frequency of distribution of capital gains

1.5.10    **Section 22—Distribution, Redemption and Re-Purchase of Redeemable Securities**

1.5.10.1    Section 22(c)—Regulation of underwriters and dealers by Commission
Rule 22c-1—Pricing of redeemable securities for distribution, redemption and re-purchase

1.5.10.2    Section 22(d)—Persons to and through whom redeemable securities may be sold (offer securities at a price based on NAV)
Rule 22d-1—Exemption from Section 22(d) to permit sales of redeemable securities at prices which reflect set sales loads
Rule 22-d2—Exemption from Section

22(d) for certain registered separate accounts

1.5.10.3    Section 22(e)—Suspension of rights of redemption
Rule 22e-1—Exemption from Section 22(e) during annuity payment period of variable annuity contracts participation in certain registered separate accounts

1.5.11    **Section 30—Periodic and Other Reports; Reports of Affiliated Persons**

1.5.11.1    Rule 30a-1—Annual reports (requirement to file)

1.5.11.2    Rule 30d-1—Reports to stockholders of management companies

1.6    **Trust Indenture Act of 1939**

1.6.1    **Purpose**

1.6.2    **Necessity of trustee to safeguard the rights of investors in registered debt obligations**

1.6.3    **Identification of rights and powers of trustee**

1.6.4    **Full disclosure of information in bond indentures**

1.6.5    **Participation of trustees in the preparation of indentures**

1.7    **Uniform State Law**

1.7.1    **Definitions Under the Act**

1.7.1.1    Issuer

1.7.1.2    Security

1.7.2    **Registration of Securities**

1.7.2.1    Registration requirements

1.7.2.2    Types of securities registration

1.7.2.3    Exempt securities

1.7.2.4    Exempt transactions

# 2.0
# SUPERVISION OF TRADING AND MARKET MAKING ACTIVITIES

2.1     **OTC Markets**

2.1.1     **Overview of the market**

2.1.1.1     Nasdaq market
- Trading in non-exchange securities in Non-Nasdaq OTC or Bulletin Board
- Pink sheets

Third Market
- Trading in exchange listed securities in OTC market
- Consolidated tape 90 second report requirement

Fourth Market
- Private transactions between institutional investors without the use of a broker/dealer

2.1.2     **The Nasdaq Stock Market**

2.1.2.1     Types of service

2.1.2.1.1     Level 1 service
- Generally available through public vendors
- Displays highest bid and lowest ask (inside market) for each authorized security

2.1.2.1.2     Level 2/Level 3 service
- Available only to NASD approved subscribers
- Displays bid/ask quotations and quotation sizes for all registered market makers entering quotes on each authorized security
- Enables registered market makers to enter bid/ask quotations and quotation sizes on the system, for only those securities it has been authorized to enter quotes

2.1.2.1.3     SelectNet
- Enables registered market makers to negotiate trades, including counteroffers and broadcasts of orders to all market makers in a security
- Available only for agency or principal orders that are greater than the SOES tier size
- Allows market makers to execute partial orders at their discretion

2.1.2.1.4     Automated Confirmation Transaction Service (ACT Rules)
- Primary vehicle for reporting over the-counter transactions in equity securities (Nasdaq national market, Nasdaq Small-Cap and exchange listed securities)
- Schedule D to the NASD By-Laws
  - Part XIII—Reporting transactions in Nasdaq Small-Cap securities

2.1.2.2     Nasdaq qualifications for authorized securities

2.1.2.2.1     Listing requirements
- General factors (numerical values not tested)
  - At least two registered and active

market makers
- Total assets
- Capital and surplus
- Principal outstanding of convertible debt securities
- Common stockholders
- Publicly held shares
- Submission of audited financial reports and documents

2.1.2.2.2     Maintenance requirements for continual listing

2.1.2.2.3     Schedule D to the NASD By-Laws
- Part I—Definitions
- Part II—Qualification requirements for Nasdaq securities
  - Domestic securities and Canadian securities
  - Suspension or termination of inclusion of a security and exceptions to inclusion criteria
  - Use of the Nasdaq system on a test basis
  - Trading halts
- Part XI—Procedures for access to the Nasdaq system by non-Nasdaq market makers

2.1.2.2.4     Nasdaq quotation publication and dissemination
- Schedule D to the NASD By-Laws
  - Part V—Publication and dissemination of quotations to the news media
- National Market System list
- Additional list
- NASD local quotation program

2.1.3     **ADR's and Foreign Securities**

2.1.3.1     Origin and nature of ADR's
- Duties of the issuing/depository bank
  - Converts and distributes rights offerings
  - Distributes information on non-U.S. corporate developments

2.1.3.2     Purpose of issuing these securities versus trading the foreign securities directly

2.1.3.3     Shareholders' rights to demand delivery of the underlying shares

2.1.3.4     Provides shareholders with annual balance sheet and operations statement

2.1.3.5     Coordination of regulatory activities with issuer's principal marketplace

2.1.3.6     Qualification requirements of Schedule D of the NASD By-Laws

2.1.4     **Nasdaq National Market System (NMS)**

2.1.4.1     Issuer designation criteria (general understanding, numerical values not tested)
- Minimum for:
  - Annual net income
  - Price per share
  - Market value of publicly held shares
  - Higher minimum requirements compared

to Nasdaq inclusion for:
Capital surplus
Number of publicly held shares
Non-quantitative criteria
Minimum of two independent
directors
Maintain an audit committee
Provide shareholders with quarterly
and annual reports
Solicit proxies for all shareholders'
meetings
Hold annual shareholders' meeting
Execute listing agreement with NASD

2.1.4.2   Schedule D of the NASD By-Laws
Part III—Designation of Nasdaq national
market system security
Part XII—Reporting transactions in
Nasdaq National Market designated
securities

2.1.5   NASD Small Order Execution System (SOES)

2.1.5.1   SOES rules
Definitions

2.1.5.2   SOES service enables participants to
Execute transactions of limited size in
active SOES authorized securities
"Lock-in" transactions by automatically
sending both sides of the applicable
clearing corporation for clearance and
settlement
Have reports of the transactions
automatically forwarded to the National
Market Trade Reporting System for
dissemination to the public
Splitting orders

2.1.6   Non-Nasdaq OTC Securities

2.1.6.1   Schedule H to the NASD By-Laws
Definitions
Non-Nasdaq security
Non-Nasdaq reporting system
Price and volume reporting
Automated submission of trade data

2.1.6.2   OTC Bulletin Board
Allows participants to enter, update,
retrieve quotation information on non-
Nasdaq OTC stocks on real-time basis
Displays firm and non-firm price
quotations
Displays unpriced indications of interest
Displays telephone numbers of
participating market makers in specified
securities

2.1.7   Consolidated Quotation Service (CQS)

2.1.7.1   CQS securities
NYSE and ASE listed securities
Certain securities listed on regional
exchanges
Securities registered or admitted to
unlisted trading privileges on the
national exchanges

2.1.7.2   CQS service
Displays bid/ask quotation sizes for CQS
securities entered by exchanges and/or
CQS market makers
A "halt" notation will be displayed when

an exchange has suspended trading in a
security

2.1.7.3   Schedule D to the NASD By-Laws
Part VII—Consolidated Quotation Service
(CQS)
Normal business hours
Withdrawal of quotations
Voluntary termination of registration
Suspension and termination of
quotations by association action

2.1.8   Market Maker Activities

2.1.8.1   Firm quotes

2.1.8.2   Subject quotes

2.1.8.3   Otherwise qualified
One-sided market
Bid or offer wanted

2.1.8.4   Stabilizing bids
Pre-effective bids
Penalty bids

2.1.8.5   Determination of spread
Financial condition of issuer
Size of issue
Activity in issue
Market conditions
Maximum allowable spreads

2.1.8.6   Types of customer business
Retail
Institutional

2.1.8.7   Nasdaq market makers
Registration requirements
NASD member
Minimum net capital requirements

2.1.8.8   Quotation requirements (general knowledge)
Continuous two-sided quotes for each
security
Firm quotations for at least a normal unit
of trading
Quotations reasonably related to the
market
Limits for maximum allowable spreads

2.1.8.9   Daily and monthly volume reports

2.1.8.10   Schedule D to the NASD By-Laws
Part VI—Requirements applicable to
Nasdaq market makers
Registration as a Nasdaq market maker
Character of quotations
Stabilizing bids
Automated submission of trading data
Reports
Normal business hours
Clearance and settlement
Withdrawal of quotations
Voluntary termination of registration
Suspension and termination of
quotations by Association action
Termination of Nasdaq service
Part VII—Consolidated Quotation Service
(CQS)
Registration as a CQS market maker
Obligations of CQS market makers

2.1.8.11   SOES rules
SOES participant registration
Participant obligations in SOES

        Registration
        Market makers
        SOES order entry firms
        Clearance and settlement
        Obligation to honor system trades
        Compliance with rules and registration
        requirements
        Fees applicable to SOES

**2.1.9**    **Non-Nasdaq Market Makers**

**2.1.9.1**    Schedule D to the NASD By-Laws
        Part XI—Procedures for access to the
        Nasdaq system by non-Nasdaq market
        makers

**2.2**    **Domestic and Exchange Markets**

**2.2.1**    **Listing Criteria (general understanding,
        numerical values not tested)**

**2.2.1.1**    Minimum listing standards

**2.2.1.2**    NYSE Listed Company Manual

**2.2.2**    **The Auction Market**

**2.2.2.1**    Trading post

**2.2.2.2**    Floor broker (member)

**2.2.2.3**    Role of the specialist
        Maintains the limit order book
        "Stops" stock
        Agent vs. principal functions of specialist
        Arranges buy and sell orders at the
        opening of daily trading to orchestrate a
        balanced price

**2.2.2.4**    Automated trading systems (DOT, PACE,
        AUTO, AMOS, SCOREX)

**2.2.2.5**    Types of orders

**2.2.2.6**    Block trading

**2.2.3**    **New York Stock Exchange Regulations**

**2.2.3.1**    Rule 60—Dissemination of quotation

**2.2.3.2**    Rule 61—Recognized quotations

**2.2.3.3**    Rule 76—"Crossing" orders

**2.2.3.4**    Rule 77—Prohibited dealings and activities

**2.2.3.5**    Rule 78—Sell and buy orders coupled at
        same price

**2.2.3.6**    Rule 92—Limitations on member trading
        because of customer's orders

**2.2.3.7**    Rule 97—Limitations on member trading
        because of block positioning

**2.2.3.8**    Rule 104—Dealings by specialists

**2.2.3.9**    Rule 127—Block positioning

**2.2.3.10**    Rule 165—Marking to the market

**2.2.3.11**    Rule 175—Extension or postponement of
        contracts (settlement)

**2.2.3.12**    Rule 390—Market responsibility rule

**2.2.3.13**    Rule 393—Secondary distributions (general
        understanding)

**2.2.3.14**    Rule 396—Off-floor transactions in bonds
        "Nine bond" rule

**2.2.3.15**    Rule 410—Records of orders
        Transmitted to floor
        Carried to floor
        Cancellation

        By account
        Orders subject to SEC Rule 11a-1-T

**2.2.3.16**    Rule 411—Erroneous reports

**2.2.3.17**    Rule 435—Miscellaneous prohibitions
        Excessive trading by members
        Successive transactions by members
        Manipulative operations
        Circulation of rumors
        Reopening a contract
        Loans for account of non-members

**2.2.3.18**    Rule 450—Restriction on giving proxies

**2.2.4**    **Consolidated Tape Network**

**2.2.4.1**    Reports all executions of exchange-listed
        securities, regardless of where the
        transactions occurred

**2.2.4.2**    Use of the tape for price information

**2.2.4.3**    Reports of third market activity

**2.3**    **International Markets**

**2.3.1**    **Nasdaq International Service Rules**
        Applicability
        Definitions
        Normal business hours
        Qualified securities
        Access
        Requirements applicable to market makers
        Automated submission of trading data
        Reports
        Clearance and settlement of international
        transactions
        Suspension and termination of quotations by
        NASD action
        Termination of access
        Transaction reporting requirements
        Audit trail requirements

**2.3.2**    **Schedule I to the NASD By-Laws—PORTAL
        Market Rules**
        Part I—Definitions
        Part II—Requirements applicable to
        PORTAL securities
        Part III—Requirements applicable to
        PORTAL dealers and PORTAL brokers
        Part IV—Requirements applicable to
        PORTAL qualified investors
        Part V—Denial, suspension or termination
        procedures
        Part IV—PORTAL market transactions
        Part VII—Rules of fair practice
        Part VIII—Arbitration

**2.3.3**    **International Stock Exchange—
        SEAQ/TOPIC/U.S. Nasdaq satellite link**

**2.3.4**    **Stock Exchange of Singapore (SEDAQ)/U.S.
        Nasdaq link**

**2.3.5**    **Directing orders through foreign affiliates for
        execution on foreign exchanges**

**2.4**    **Securities Exchange Act of 1934 and SEC Rules
        Thereunder**

**2.4.1**    **Section 3—Certain Definitions Under the Act**

**2.4.1.1**    Section 3(a)(23)(A)—Definition of "clearing
        agency"

**2.4.1.2**    Section 3(a)(38)—Definition of "market
        maker"

2.4.1.3      Section 3(a)(51)—Definition of "penny stock"
       Rule 3a51-1—Definition of penny stock

2.4.1.4      Section 3(b)—Other definitions under the Act
       Rule 3b-1—Definition of "listed"
       Rule 3b-8—Definitions of "qualified OTC market maker," "qualified third market maker," and "qualified block positioner"

**2.4.2      Section 11—Trading by Members of Exchanges, Brokers and Dealers**

2.4.2.1      Rule 11-a—Regulation of floor trading

2.4.2.2      Rule 11a1-1(T)—Transactions yielding priority, parity and precedence

2.4.2.3      Rule 11a1-2—Transactions for certain accounts of associated persons of members

2.4.2.4      Rule 11a-1-3(T)—Bona fide hedge transactions in certain securities

2.4.2.5      Rule 11a-1-4(T)—Bond transactions on national securities exchanges

2.4.2.6      Rule 11a-1-5—Transactions by registered competitive market maker and registered equity market makers

2.4.2.7      Rule 11a2-2(T)—Transactions effected by exchange members through other members

**2.4.3      Section 11A—National Market System for Securities**

2.4.3.1      Rule 11Aa2-1—Designation of national market system securities
       Definitions

2.4.3.2      Rule 11Aa3-1—Dissemination of transaction reports and last sale data with respect to transactions in reported securities

2.4.3.3      Rule 11Ac1-1—Dissemination of quotation for reported securities
       Purpose
       Obligations of responsible brokers and dealers
         Communication of quotations and quotation sizes
         Execution of published quotations and quotation sizes
           Revised quotation size
           Revised quotations

**2.4.4      Section 15—Registration and Regulation of Brokers and Dealers**

2.4.4.1      Section 15(c)(2)—Fraudulent acts or practices and fictitious quotations
       Rule 15c2-6—Sales practice requirements for certain low priced securities
       Rule 15c2-7—Identification of quotations
       Rule 15c2-11—Initiation or resumption of quotations with specified information

2.4.4.2      Section 15(g)—Requirements for transactions in penny stocks
       Rule 15g-1—Exemptions for certain transactions
       Rule 15g-2—Risk disclosure document relating to the penny stock market
       Rule 15g-3—Broker or dealer disclosure of quotations and other information relating to the penny stock market
       Rule 15g-4—Disclosure of compensation to brokers or dealers
       Rule 15g-5—Disclosure of compensation of associated persons in connection with penny stock transactions
       Rule 15g-6—Account statements for penny stock customers

**2.5      National Association of Securities Dealers—Regulations**

**2.5.1      Rules of Fair Practice**

2.5.1.1      Section 1—Business conduct of members
       Execution of retail transactions in the over-the-counter market
         Best execution
         Third party transactions

2.5.1.2      Section 4—Fair prices and commissions
       NASD Mark-Up Policy
         Interpretation
         General considerations
         Relevant factors
         Transactions to which the Policy is applicable
         Transactions to which the Policy is not applicable

2.5.1.3      Section 5—Publication of transactions and quotations
       Manipulative and deceptive quotations
       Marking the close

2.5.1.4      Section 6—Offers at stated prices
       Policy with respect to firmness of quotations

2.5.1.5      Section 41—Short sales in Nasdaq securities

2.5.1.6      Section 42—Trading halts in Nasdaq securities

**2.5.2      Fixed Income Pricing System Rules (FIPS rules)**

2.5.2.1      Part 1—Definitions

2.5.2.2      Part 2—Designation of securities quoted in the fixed income pricing system

2.5.2.3      Part 3—Quotation requirements for fixed income pricing system

2.5.2.4      Part 4—Reporting transactions in high yield bonds

2.5.2.5      Part 5—Dissemination of quotation and transaction information

2.5.2.6      Part 6—Compliance with FIPS rules and trade reporting requirements

2.5.3      **Code of Procedure**

2.5.3.1      Article IX—Procedures on grievances concerning the automated systems
       Section 1—Purpose
       Section 2—Form of application
       Section 3—Request for hearing
       Section 5—Decision
       Section 6—Review by the Nasdaq hearing review committee
       Section 7—Findings of the Nasdaq hearing review committee on review
       Section 8—Discretionary review by the Board
       Section 9—Application to Commission for review

| 2.5.4 | **Broker-to-Broker Clearing Procedures** | | Delayed delivery |
| 2.5.4.1 | Contract sheet | | Prior to delivery date |
| | | | Time and place of delivery |
| 2.5.4.2 | Netted trades | 2.5.5.12 | Section 16—Units of delivery—stocks |
| 2.5.4.3 | Continuous net settlement | 2.5.5.13 | Section 17—Units of delivery—bonds |
| 2.5.4.4 | Money settlement | 2.5.5.14 | Section 17A—Units of delivery—unit |
| 2.5.4.5 | Trade Acceptance & Reconciliation System | | investment trust securities |
| | (TARS) | 2.5.5.15 | Section 18—Units of delivery—certificates |
| 2.5.4.6 | OTC trade comparisons on locked-in trades | | of deposit for bonds |
| 2.5.4.7 | Comparison sheet or ticket | 2.5.5.16 | Section 19—Delivery of securities with draft |
| 2.5.4.8 | Regular way and when issued contract sheets | | attached |
| 2.5.4.9 | Firm must be member of one of the following | 2.5.5.17 | Section 20—Prior to settlement date |
| | clearing corporations which participates in | 2.5.5.18 | Section 21—With irregularities |
| | TARS | 2.5.5.19 | Section 26—Delivery of mutilated securities |
| | National Securities Clearing Corporation | | (NYSE Rules 223 and 224) |
| | Midwest Clearing Corporation | 2.5.5.20 | Section 29—Assignments and powers of |
| | Philadelphia Clearing Corporation | | substitution; delivery of registered securities |
| | Pacific Clearing Corporation | 2.5.5.21 | Section 36—Certificate in name of deceased |
| 2.5.4.10 | Depository Trust Company | | person, trustee, etc. |
| | Securities certificate safekeeping | 2.5.5.22 | Section 46—Computation of interest (NYSE |
| | Exchange effected by computerized | | Rule 243) |
| | bookkeeping entries | 2.5.5.23 | Section 48—Due-bills and due-bill checks |
| 2.5.4.11 | Clearing funds | | (NYSE Rule 255) |
| | Participant contribution based on | 2.5.5.24 | Section 49—Claims for dividends, rights, |
| | processing activity | | interest, etc. |
| | Interest earned is transferred to | 2.5.5.25 | Section 50—Transfer fees (NYSE Rule 182) |
| | participant | 2.5.5.26 | Section 51—Reclamations and rejections |
| 2.5.5 | **Uniform Practice Code** | 2.5.5.27 | Section 52—Uniform reclamation form |
| 2.5.5.1 | Section 1—Score of Uniform Practice Code | 2.5.5.28 | Section 53—Time for delivery on |
| 2.5.5.2 | Section 2—Uniform Practice committees | | reclamation and manner of settlement |
| 2.5.5.3 | Section 3—Definitions | 2.5.5.29 | Section 56—Irregular delivery; transfer |
| 2.5.5.4 | Section 4—When, as and if issued/distributed | | refused; lost or stolen securities |
| | contracts (NYSE Rule 63) | 2.5.5.30 | Section 58—Marking to the market (NYSE |
| 2.5.5.5 | Section 5—Transactions in securities "ex | | Rules 165, 166, 168) |
| | dividend," "ex-rights," or "ex-warrants" | 2.5.5.31 | Section 59—"Buying-in" (NYSE Rule 282) |
| | (NYSE Rules 235 and 236) | 2.5.5.32 | Section 60—"Selling-out" (NYSE Rule 283) |
| 2.5.5.6 | Section 6—Transactions "ex-interest" in | 2.5.5.33 | Section 61—Rights and warrants |
| | bonds which are dealt in "flat" | 2.5.5.34 | Section 62—CUSIP number |
| 2.5.5.7 | Section 7—"Ex" liquidating payments | 2.5.5.35 | Section 64—Acceptance and settlement of |
| 2.5.5.8 | Section 8—Transactions in "part redeemed" | | COD orders |
| | bonds (NYSE Rule 193) | 2.5.5.36 | Section 65—Customer account transfer |
| 2.5.5.9 | Section 9—Comparisons or confirmations | | contracts |
| | and "Don't Know Notices" | 2.5.5.37 | Section 68—Use of trade acceptance and |
| 2.5.5.10 | Section 10—Description of securities | | reconciliation service |
| 2.5.5.11 | Section 12—Delivery of securities | 2.5.5.38 | Section 69—Reconfirmation and pricing |
| | Cash | | service participants |
| | Regular way | 2.5.5.39 | Section 70—Clearly erroneous trades |
| | Seller's option (NYSE Rule 179) | | |
| | Buyer's option | | |
| | Contracts due on holidays or Saturdays | | |

# 3.0
# SUPERVISION OF BROKERAGE OFFICE OPERATIONS

3.1     **Client Accounts**

3.1.1     **Types of Accounts**

3.1.1.1     Cash

3.1.1.2     Margin (general account)

3.1.2     **Account Documentation**

3.1.2.1     New account form

3.1.2.1.1     Identification data

3.1.2.1.2     Name and occupation of person(s) with authority to create activity in account
Limited authorization
Full authorization
Discretionary powers to broker/ dealers

3.1.2.1.3     Payment/delivery and/or duplicate mailing instructions
Transfer and ship
Hold in "street name"
Transfer and hold in safekeeping
Hold cash or forward cash balance on settlement date
Deliver against payment to a bank or depository
Reinvestment plan (reinvesting cash balances)

1.2.3.1.4     Signature of and acceptance of account by general securities or options principal of firm

3.1.2.2     Supplementary documentation

3.1.2.2.1     Hypothecation agreement

3.1.2.2.2     Loan consent agreement

3.1.2.2.3     Credit agreement

3.1.2.2.4     Powers of attorney—discretionary accounts

3.1.2.2.5     Options agreement

3.1.2.2.6     Arbitration agreement

3.1.3     **Customer Accounts and Documents**

3.1.3.1     Individual customers

3.1.3.2     Joint customers

3.1.3.3     Corporate customers

3.1.3.4     Unincorporated associations (partnerships, charitable organizations, schools, churches, hospitals, investment clubs and hedge funds)

3.1.3.5     Fiduciaries

3.1.3.5.1     Prohibition regarding margin accounts and grants of trading authority to others

3.1.3.5.2     Restrictions regarding "legal investments"

3.1.3.5.3     Prudent man rules

3.1.3.5.4     Administrators of estates

3.1.3.5.5     Trustees

3.1.3.5.6     Guardians

3.1.3.5.7     Receivers in bankruptcy

3.1.3.5.8     Committees or conservators for incompetents

3.1.3.6     Investment advisors contracts

3.1.3.6.1     Special omnibus account for broker/ dealer subsidiary or affiliate

3.1.3.6.2     Introduced accounts of investment advisors' clients

3.1.3.6.3     Advisors' client account

3.1.4     **Custodial Accounts under the Uniform Gifts/ Transfers to Minors Act**

3.1.4.1     Irrevocability of gift

3.1.4.2     Custodian

3.1.4.2.1     Appointed by donor

3.1.4.2.2     Successor custodians

3.1.4.2.3     Securities registered in name of custodian

3.1.4.2.4     Legal ownership vested in minor

3.1.4.3     Securities registered to beneficiary upon attaining majority

3.1.4.4     Must be cash account—no margin

3.1.4.5     Securities in account cannot be pledged

3.1.4.6     Reinvestment of cash proceeds, dividends and interest within reasonable period

3.1.4.7     Rights and warrants

3.1.4.7.1     Exercised if sufficient cash is in account; or

3.1.4.7.2     Liquidated at the market

3.1.4.8     Reimbursement of expenses to custodian

3.1.4.9     Use of custodial property for support of minor

3.1.4.10     Maintenance of records

3.1.5     **Qualified Retirement Plans**

3.1.5.1     Individual retirement investment account (IRA)

3.1.5.1.1     Purpose

3.1.5.1.2     Contributions

3.1.5.1.3     Payout period

3.1.5.1.4     Tax free rollovers

3.1.5.2     Keogh plans—HR-10

3.1.5.2.1     Purpose

3.1.5.2.2     Funding—annuities, mutual funds, trust accounts, savings accounts

3.1.5.2.3     Contributions

3.1.5.2.4     Payout period

3.1.5.2.5     Eligibility

3.1.5.3     Other types of qualified plans

3.1.5.3.1     Corporate pension plans

3.1.5.3.2     Corporate deferred payment profit-sharing plans

3.1.5.3.3     Tax-deferred annuity plans

3.1.5.3.4     401(k) plans

3.1.5.3.5     Employee stock ownership plans (ESOP)

3.1.5.3.6     Eligible worker-owned cooperative (EWOC)

3.1.5.4    ERISA
     Pension plan regulations
     Disclosure requirements
       Reports to employees
     Funding policies
       Minimum funding standards
       Employers funding objectives
     Fiduciary requirements
       Fiduciary standards
       Diversification of plan investments
       Identification of fiduciary
       Loans
       Prohibited transactions
       Self dealing transactions—
       prohibitions and exemptions
       Transfer of plan assets
     Investment of pension plans

**3.1.6    Non-Qualified Retirement Plans**

3.1.6.1    Payroll deduction plans

3.1.6.2    Deferred compensation plans

**3.1.7    Requirements regarding accounts of deceased/incompetent persons**

3.1.7.1    Outstanding orders
     Cancel open orders
     Freeze assets in account until necessary documents are obtained from administrator. executor, or conservator of estate

3.1.7.2    Death or incompetence of a joint tenant
     Presentation of death certificate and inheritance tax waiver. letters testamentary or other required documents before assets in account are released
     Assignment by surviving/competent tenant and by the legal representative of the deceased/incompetent tenant

3.1.7.3    Death or incompetence of tenant-in-common
     Freeze assets and acceptance of orders until instructions are received from survivor(s) and executor, administrator, or conservator of the estate together with applicable inheritance tax waivers. letters testamentary or other required documents

3.1.7.4    Death or incompetence of a partner
     Required authority from surviving/ competent partners before executing any further orders
     Follow stipulations in partnership agreement

3.1.7.5    Death or incompetence of principal on a power of attorney
     Immediate termination of power

**3.1.8    Transactions in Client Accounts**

3.1.8.1    Entering an order
     Client identifier
     RR identifier
     Originating office identifier (if applicable)
     Security description (symbol)
     Number of shares or bonds
     Where traded (NYSE. ASE. Nasdaq, etc.)
     Action
     Price and qualifications
     Type of account (cash, margin, special bond, etc.)
     Settlement instructions if not established

     when account was opened

3.1.8.2    Review report of execution
     Check against order ticket
     Report execution to client
     Report all errors immediately through appropriate firm channels
     Check client's confirmation for accuracy

3.1.8.3    Records of customer transactions

**3.1.9    Primary Functions of Operations and Support Departments (definitional knowledge only)**

3.1.9.1    Order department

3.1.9.2    Purchase and sales department

3.1.9.3    Margin department

3.1.9.4    Cashiering department

3.1.9.5    Dividend department

3.1.9.6    Proxy department

3.1.9.7    Reorganization department

3.1.9.8    Stock record department

3.1.9.9    Controller

**3.2    Extensions of Credit in the Securities Industry**

**3.2.1    General Margin Account**

3.2.1.1    Long accounts

3.2.1.1.1    Federal margin requirements for purchases—Regulation T
     Initial margin requirement
     Reg T excess
     Withdrawing Reg T excess
     Purchasing additional securities with Reg T excess
     Depositing securities to meet a Reg T call
     Buying power of Reg T excess

3.2.1.1.2    Maintenance margin requirements (NASD Rules of Fair Practice-Section 30 and NYSE Rules 431 and 432)
     Minimum initial equity requirement
     Minimum maintenance requirement
     Maintenance call
     Meeting a maintenance call with a cash deposit
     Meeting a maintenance call by liquidating securities
     Calculating the point below which a long account will incur a maintenance call

3.2.1.1.3    Special memorandum account
     Purpose
     Withdrawals of SMA

3.2.1.1.4    Sales of long positions
     Sales in a properly margined account
     Sales in a restricted account
     Sales in a restricted account to meet a previous Reg T call
     Withdrawals of stock from a restricted account

3.2.1.2    Short accounts
     Federal initial requirements for short sales
     Minimum equity requirement
     Calculating the point above which a short

account will incur a maintenance call
Covered short transactions
Short-selling power

3.2.1.3    Mixed accounts
Reg T excess
Maintenance requirements

3.2.1.4    Margin substitutions
Equal substitutions
Unequal substitutions
Adjusted debit balance

3.2.2    **Other Types of Securities Accounts**

3.2.2.1    Cash account
Arbitrage account
Omnibus account
Broker/dealer credit account
Market functions account
Nonsecurities credit account

3.2.3    **Withdrawal of Dividend and Interest Credits**

3.2.4    **Other Provisions of Regulation T of the Federal Reserve Board**

3.2.4.1    Definitions
Creditor
Customer
Registered security
OTC margin stock
Margin security
Exempted security
Non-equity security

3.2.4.2    Letters of credit

3.2.4.3    Contents of general account

3.2.4.4    General rule
Prompt payment

3.2.4.5    Extensions of time

3.2.4.6    Cash accounts
Prompt deposits of securities sold
Prompt payment for securities purchased
Payment vs delivery
Extensions of time
Customer debits not exceeding $500
Frozen accounts

3.2.4.7    Borrowing by broker/dealers

3.2.4.8    Certain technical details

3.2.4.9    Miscellaneous provisions
Arranging for loans by others
Maintenance of credit
Statement of purpose of loan

3.2.5    **Credit by Banks for the purpose of purchasing or carrying margin stocks— Regulation U of the Federal Reserve Board**

3.2.5.1    Purpose credit secured by stock

3.2.5.2    Exceptions from general rule for broker/dealers

3.2.5.3    OTC market maker exemption

3.2.6    **General Purpose of Other FED Credit Regulations**

3.2.6.1    Regulation G—Securities credit by persons other than banks, brokers or dealers

3.2.6.2    Regulation X—Rules governing borrowers who obtain securities credit

3.2.7    **Mechanics of Short Sales**

3.2.7.1    Borrowing securities
Securities held by executing broker/dealers
Borrowing securities from other broker/dealers
Borrowing securities from institutional investors
Lending at a premium
Lending at a rate

3.2.7.2    Lender's privileges
Return of securities
Marking to the market
Interest on bonds loaned
Cash dividends
Stock dividends
Subscription rights
Voting rights

3.2.7.3    Closing the contract
Short against the box
Closing purchases

3.3    **Securities Exchange Act of 1934 and SEC Rules Thereunder**

3.3.1    **Section 3—Definitions Under the Act**

3.3.1.1    Rule 3a12-9—Exemption of certain direct participation program securities from the restrictions regarding the extending or arranging of credit under Sections 7(c) and 11(d)(1)

3.3.1.2    Rule 3b-3—Definition of "short sale"

3.3.2    **Section 10—Regulation of the use of manipulative and deceptive devices**

3.3.2.1    Section 10(a)—Short sales and stop-loss orders

3.3.2.1.1    Rule 10a-1—Short sales
Uptick and zero plus tick restriction
Adjustments ex-distribution
Long or short order notation
Requirements for long sales
Exemptions

3.3.2.1.2    Rule 10a-2—Requirements for covering purchases
Prohibitions and exemptions on loans of securities by broker/dealers to cover purchases

3.3.2.2    Section 10(b)—Use or employment of manipulative or deceptive devices

3.3.2.2.1    Rule 10b-10—Confirmation of transactions

3.3.2.2.2    Rule 10b-16—Disclosure of credit terms in margin accounts

3.3.2.2.3    Rule 10b-17—Untimely announcements of record dates

3.3.3    **Section 11—Trading by Members of Exchanges, Brokers and Dealers**

3.3.3.1    Section 11(d)(1)—Extension of credit

3.3.3.1.1    Rule 11d-1—Exemption of certain securities from Section 11(d)(1)

3.3.3.1.2    Rule 11d1-2—Exemption from Section 11(d)(1) for certain investment company securities held by broker/dealers as

collateral in margin accounts

3.3.4    **Section 15—Registration and Regulation of Brokers and Dealers**

3.3.4.1    Section 15(c)(1)—Manipulative, deceptive or fraudulent devices or contrivances

3.3.4.1.1    Rule 15c1-5—Disclosure of control

3.3.4.1.2    Rule 15c1-6—Disclosure of interest in distributions

3.3.4.1.3    Rule 15c1-7—Discretionary accounts

3.3.4.2    Section 15(c)(2)—Fraudulent acts or practices and fictitious quotations

3.3.4.2.1    Rule 15c2-5—Disclosure and other requirements when extending or arranging credit in certain transactions

3.4    **National Association of Securities Dealers—Regulations**

3.4.1    **Rules of Fair Practice**

3.4.1.1    Section 12—Disclosure on confirmations

3.4.1.1.1    Third market confirmations

3.4.1.2    Section 13—Disclosure of control

3.4.1.3    Section 14—Disclosure of participation or interest in primary or secondary distribution

3.4.1.4    Section 15—Discretionary accounts (NYSE Rule 408)

3.4.1.4.1    Excessive transactions

3.4.1.4.2    Authorization and acceptance of account

3.4.1.4.3    Approval and review of transactions

3.4.1.4.4    Exception

3.4.1.5    Section 21—Books and records (NYSE Rules 406 and 440)

3.4.1.5.1    Requirements

3.4.1.5.2    Marking of customer order tickets

3.4.1.5.3    Customer account information

3.4.1.5.4    Record of written complaints

3.4.1.5.5    "Complaint" defined

3.4.1.5.6    Requirements when using predispute arbitration agreements with customers

3.4.1.6    Section 45—Customer account statements

4.0
## SALES SUPERVISION: GENERAL SUPERVISION
## OF EMPLOYEES: REGULATORY FRAMEWORK OF NASD

4.1       Securities Exchange Act of 1934 and SEC Rules
          Thereunder

4.1.1        Section 3—Certain Definitions Under the Act

4.1.1.1        Section 3(a)(10)—Definition of "security"
               (NYSE Rule 3)

4.1.1.2        Section 3(a)(39)—Definition of "statutory
               disqualification"

4.1.1.2.1        Rule 3a11-1—Definition of the term
                 "equity security"

4.1.1.2.2        Rule 3a12-2—Exemption of certain
                 securities, the income on which is
                 substantially guaranteed by states or
                 political subdivisions thereof

4.1.1.2.3        Rule 3b-5—Non-exempt securities issued
                 under governmental obligations

4.1.2        Section 9—Prohibitions against manipulation
             of security prices

4.1.2.1        Section 9(a)(1)—Misleading appearance of
               active trading

4.1.2.2        Section 9(a)(2)—Inducing purchase or sale
               by others

4.1.2.3        Section 9(a)(3)—Dissemination of
               information as to rise or fall of security prices

4.1.2.4        Section 9(a)(4)—Making false or misleading
               statements

4.1.2.5        Section 9(a)(5)—Dissemination of
               information for consideration

4.1.2.6        Section 9(a)(6)—Pegging, fixing or
               stabilizing prices

4.1.2.7        Section 9(e)—Liability for unlawful acts
               or transactions

4.1.3        Section 10—Regulation of the Use of
             Manipulative and Deceptive Devices

4.1.3.1        Section 10(b)—Use or employment of
               manipulative and deceptive devices

4.1.3.2        Rule 10b-1—Prohibitions with respect to
               securities exempted from registration

4.1.3.4        Rule 10b-3—Employment of
               manipulative and deceptive devices
               by brokers or dealers

4.1.4        Section 15—Registration and Regulation of
             Brokers and Dealers

4.1.4.1        Section 15(a)(1)—Prohibitions relating to
               unregistered broker/dealers
               Rule 15a-6—Exemption of certain foreign
               brokers or dealers

4.1.4.2        Section 15(b)(4)—Sanctions against brokers
               or dealers

4.1.4.3        Section 15(b)(6)—Sanctions for person
               associated with broker or dealer

4.1.4.4        Section 15(c)(1)—Manipulative, deceptive or
               fraudulent devices or contrivances
               Rule 15c1-1—Definitions
               Rule 15c1-2—Fraud and
               misrepresentation

Rule 15c1-3—Misrepresentation by
brokers and dealers as to registration

4.1.5        Section 17—Accounts and Records, Reports,
             Examinations of Exchanges, Members and
             Others

4.1.5.1        Section 17(f)—Requirements with respect
               to missing, lost, counterfeit or stolen
               securities and fingerprinting of employees
               of broker/dealers
               Rule 17f-2—Fingerprinting of securities
               industry personnel (general requirement)

4.2       Insider Trading Regulations

4.2.1        Insider Trading and Securities Fraud
             Enforcement Act of 1988

4.2.1.1        Section 3—Civil penalties of controlling
               persons for illegal insider trading by
               controlled persons

4.2.1.1.1        Securities Exchange Act of 1934
                 Section 15(f)—Policies and
                 procedures to be developed by
                 broker/dealers to prevent misuse
                 of material, non-public information
                 Section 21(d)—Injunctions and
                 prosecution of offenses
                 Section 21A—Civil penalties
                   Section 21A(a)—Authority to
                   impose civil penalties
                   Section 21A(b)—Limitations on
                   liability
                   Section 21A(c)—Authority of
                   Commission
                   Section 21A(e)—Authority to
                   award bounties to informants
                   Section 21A(f)—Definition of
                   "profit gained" and "loss avoided"

4.2.1.1.2        Investment Advisers Act of 1940
                 Section 204—Annual and other
                 reports
                 Section 204A—Prevention of
                 misuse of non-public information

4.2.1.2      Section 4—Increases in criminal penalties

4.2.1.2.1        Securities Exchange Act of 1934
                 Section 32(a)—Penalties

4.2.1.3      Section 5—Liability to contemporaneous
             traders for insider trading

4.2.1.3.1        Securities Exchange Act of 1934
                 Section 20A—Liability to
                 contemporaneous traders for insider
                 trading
                 Section 20A(a)—Private rights of
                 action based on contemporaneous
                 trading
                 Section 20A(b)—Limitations on
                 liability
                 Section 20A(c)—Joint and several
                 liability for communicating

4.2.2        Securities Exchange Act of 1934 and SEC
             Rules Thereunder

4.2.2.1        Section 10—Regulation of the use of

manipulative and deceptive devices
  Section 10(b)—Use or employment of
  manipulative and deceptive devices
  Rule 10b-5—Employment of
  manipulative and deceptive devices
    Insider trading
    Material information
    Non-public information
    Insiders and tippees
    The Chinese Wall doctrine

4.3   **National Association of Securities Dealers—Regulations**

4.3.1   **Certificate of Incorporation**

4.3.1.1   Third Section—Objects or purposes

4.3.2   **By-Laws**

4.3.2.1   Article I—Definitions

4.3.2.2   Article II—Qualifications of members and associated persons

4.3.2.2.1   Section 1—Persons eligible to become members and associated persons

4.3.2.2.2   Section 2—Authority of Board to adopt qualification requirements
  Schedule C
    Part I—Applications for membership
      Pre-membership interviews
      Removal of restrictions imposed
      Changes in ownership or control of existing members
      Notification to the District Office of certain events
    Part II—Registration of principals
      Definition of principal
      Categories of principal registration
        General securities principal
        Limited principals
    Part III—Registration of representative
      Definition of representative
      Categories of representative registration
        General securities representative
        Limited representatives
    Part IV—Assistant representative-order processing
    Part V—Disciplinary actions
    Part VI—Persons exempt from registration
    Part VII—Qualification examinations and waiver of requirements
    Part VIII—Confidentiality of examinations
    Resolution of the Board of Governors
      Failure to register personnel
    Explanation of the Board of Governors
      Appointment of executive representative
    Part XI—Registration of government securities principals

and representatives

4.3.2.2.3   Section 3—Ineligibility of certain persons for membership or association

4.3.2.2.4   Section 4—Definition of disqualification (NYSE Rule 351)

4.3.2.3   Article III—Membership

4.3.2.3.1   Section 1—Application for membership

4.3.2.3.2   Section 3—Executive representative

4.3.2.3.3   Section 5—Resignation of members

4.3.2.3.4   Section 6—Transfer and termination of membership

4.3.2.3.5   Section 7—Registration of branch offices

4.3.2.3.6   Section 8—Vote of branch offices

4.3.2.3.7   Section 9—District Committees' right to classify branches

4.3.2.4   Article IV—Registered representatives and associated persons (NYSE Rule 345)

4.3.2.4.1   Section 1—Qualification requirements

4.3.2.4.2   Section 2—Application for registration

4.3.2.4.3   Section 3—Notification by member to Corporation and associated person of termination; amendments to notification

4.3.2.4.4   Section 4—Retention of jurisdiction

4.3.2.5   Article XIII—Disciplinary proceedings

4.3.2.6   Article XIV—Powers of Board to prescribe sanctions

4.2.3.7   Article XVI—Limitation of Powers

4.2.3.7.1   Section 2—Use of name of Corporation by members

4.3.3   **Rules of Fair Practice**

4.3.3.1   Article I—Adoption and applicability
  Section 5—Applicability

4.3.3.2   Article II—Definitions

4.3.3.3   Article III—Rules of fair practice

4.3.3.3.1   Section 1—Business conduct of members (NYSE Rule 401)
  Prompt receipt and delivery of securities
  Forwarding of proxy and other materials (NYSE Rule 451)

4.3.3.3.2   Section 2—Recommendations to customers (NYSE Rule 405)
  Fair dealing with customers
    Recommending speculative low-priced securities
    Excessive trading activity
    Trading in mutual fund shares
    Fraudulent activity
    Recommending purchases beyond customer capability

4.3.3.3.3   Section 3—Charges for services performed

4.3.3.3.4   Section 9—Use of information obtained in a fiduciary capacity

4.3.3.3.5   Section 10—Influencing or rewarding employees of others (NYSE Rules 350 and 353)

4.3.3.3.6        Section 11—Payment designed to
                 influence market prices, other than paid
                 advertising
4.3.3.3.7        Section 18—Use of fraudulent devices
4.3.3.3.8        Section 20—Installment or partial
                 payment sales
                     Prohibition
                     Hypothecation
4.3.3.3.9        Section 25—Dealing with non-members
                     Transactions with non-members
                     Transactions with foreign
                     non-members
                     Non-member broker or dealer
                     Interpretation of the Board of
                     Governors
                         Non-member of the Association
                             Member
                             Expelled dealer
                             Suspended dealer
                             Broker or dealer whose
                             registration is revoked by
                             the SEC
                             Membership resigned or
                             canceled
                     Transactions in exempted
                     securities
                     Transactions on an exchange
                     OTC transactions in securities
                     other than "exempted securities"
4.3.3.3.10       Section 26—Investment companies
                     Application
                     Definitions
                     Conditions for discounts to dealers
                     Sales charge
                     Selling dividends
                     Withhold orders
                     Purchase for existing orders
                     Refund of sales charge
                     Repurchase from dealer
                     Execution of investment company
                     portfolio transactions
                     Dealer concessions
                     Prompt payment for investment
                     company shares
                     Disclosure of deferred sales charges
4.3.3.3.11       Section 27—Supervision (NYSE Rules
                 342 and 405)
                     Supervisory system
                     Written procedures
                     Internal inspections
                     Written approval
                     Qualifications investigated
                     Applicant's responsibility
                     Definitions
                     Office of supervisory jurisdiction
                     Branch office
4.3.3.3.12       Section 28—Transactions for or by
                 associated persons (NYSE Rule 407)
                     Determine adverse interest
                     Obligations of executing member
                     Obligations of associated persons
                     concerning an account with a member
                     Obligations of associated persons
                     concerning an account with an
                     investment adviser, bank or other
                     financial institution

                     Exemption for transactions in
                     investment company shares and unit
                     investment trusts
                         (NOTE: Section 28 required prior
                         written notification to the employer
                         member; Rule 407 requires the
                         prior written consent of the
                         employer)
4.3.3.3.13       Section 29—Variable contracts of an
                 insurance company
                     Application
                     Definitions
                     Sales charges
                     Receipt of payment
                     Transmittal
                     Selling agreements
                     Redemption
4.3.3.3.14       Section 32—Fidelity bonds (NYSE
                 Rule 319)
                     Application
                     Authority of Board
                     Appendix C
                         Coverage required
                         Deductible provision
                         Annual review of coverage
                         Notification of change
4.3.3.3.15       Section 35—Communications with the
                 public (NYSE Rule 472)
                     Definitions
                         Advertisement
                         Sales literature
                     Approval and recordkeeping
                     Filing requirements and review
                     procedures
                     Standards applicable to
                     communications with the public
                         General standards
                         Specific standards
                             Necessary data
                             Recommendations
                             Claims and opinions
                             Hedge clauses
                             Recruiting advertising
                             Periodic investment plans
                             References to regulatory
                             organizations
                             Identification of sources
                     Application of SEC rules
                     Standards applicable to the use and
                     disclosure of the NASD member's
                     name
                     Guidelines regarding communications
                     with the public about collateralized
                     mortgage obligations (CMOs)
4.3.3.3.16       Section 40—Private securities
                 transactions
                     Applicability
                     Written notice
                     Transactions for compensation
                     Transactions not for compensation
                     Definitions
                         Private securities transaction
                         Selling compensation
4.3.3.3.17       Section 43—Outside business activity
                 (NYSE Rule 346)
                         (NOTE: Section 43 requires prior

written notification by an associated person be made to a member: Rule 346 requires that a written request be made by an associated person and that the member employer provide prior written consent.)

4.3.3.4    Article IV—Complaints (NYSE Constitution, Article IX)

4.3.3.4.1    Section 1—Availability to customers of Certificate, By-Laws, Rules and Code of Procedure

4.3.3.4.2    Section 2—Complaints by public against members for violations of rules

4.3.3.4.3    Section 3—Complaints by DBCC

4.3.3.4.4    Section 4—Complaints by the Board of Governors

4.3.3.4.5    Section 5—Reports and inspection of books for purpose of investigating complaints

4.3.3.4.6    Resolution of the Board of Governors Suspension of members for failure to furnish information duly requested

4.3.3.5    Article V—Sanctions for violation of the rules

4.3.3.5.1    Section 1—Penalties for violation of the rules Interpretation of the Board of Governors
The effect of a suspension or revocation of the registration, if any, of a person associated with a member or the barring of a person from further association with any member
Resolution of the Board of Governors
Notice to membership and press of suspensions, expulsions, revocations, and monetary sanctions and release of certain information regarding disciplinary history of members and their associated persons

4.3.3.5.2    Section 2—Payment of fines, other monetary sanctions, or costs

4.3.3.5.3    Section 3—Cost of proceedings

4.3.4    **Code of Procedure**

4.3.4.1    Article I—Application and purpose of Code
Section 1—Purpose
Section 2—Definitions

4.3.4.2    Article II—Disciplinary actions by DBCC the Market Surveillance Committee and others
Section 1—Issuance of complaints by Committees
Section 2—Form, content, notice and withdrawal of complaints
Section 4—Request for hearing
Section 5—Venue
Section 6—Hearing panels
Section 8—Decision of committee
Section 10—Acceptance, waiver and consent and summary complaint procedures
Section 11—Settlement procedure

4.3.4.3    Article IV—Imposition of sanctions and costs
Section 1—Sanctions
Section 2—Cost of proceedings

4.3.4.4    Article VIII—Summary suspension
Section 1—Summary action
Section 2—Written notification
Section 4—Hearing
Section 5—Decision
Section 6—Review by Board
Section 8—Application to Commission for review
Section 9—Application to Commission for stay of summary action

4.3.4.5    Article X—Miscellaneous

4.3.5    **Code of Arbitration Procedure**

4.3.5.1    Part I—Administrative provisions
Section 1—Matters eligible for submission
Section 4—Composition and appointment of panels

4.3.5.2    Part II—Industry and clearing controversies

4.3.5.3    Part III—Uniform code of arbitration

Section 12—Required submission (NYSE Rule 600)
Section 13—Simplified arbitration (NYSE Rule 601)
Section 19—Designation of number of arbitrators
Section 20—Composition of panels
Section 23—Disclosures required of arbitrators
Section 25—Initiation of proceedings
Section 31—General provisions governing pre-hearing proceedings
Section 35—Interpretation of provisions of code and enforcement of arbitrator rulings
Section 41—Awards
Paragraph 3744—Failure to act under provisions of Code of Arbitration Procedure

4.4    **Uniform State Law**

4.4.1    **Definitions under the Act**

4.4.1.1    Agent

4.4.1.2    Broker/dealer

4.4.2    **Registration Requirements for Broker/Dealers**

4.4.2.1    Requirements

4.4.2.2    Applications

4.4.2.3    Standards

4.4.2.4    Terms of registration

4.4.2.5    Post registration provision

4.4.3    **Fraudulent and Other Prohibited Business Practices Under the Act**

4.4.3.1    Sales and purchases

4.4.3.2    Prohibited business practices

4.4.3.3    Regulatory oversight

4.4.3.4    Criminal penalties

4.4.3.5          Civil liabilities
4.4.3.6          Scope of the Act
4.4.3.7          General provisions

## 5.0
## COMPLIANCE WITH FINANCIAL
## RESPONSIBILITY RULES

5.1 Securities Act of 1934 and SEC Rules Thereunder

5.1.1 Section 15—Registration and Regulation of Brokers and Dealers

5.1.1.1 Section 15(c)(2)—Fraudulent acts or practices and fictitious accounts

5.1.1.1.1 Rule 15c2-1—Hypothecation of customers' securities (See Rule 8c-1)
General provisions
Definitions
Exemption for cash accounts
Exemption for clearing house liens
Exemption for certain liens on securities of non-customers
Notice and certification requirements

5.1.1.2 Section 15(c)(3)—Financial responsibility of brokers and dealers

5.1.1.2.1 Rule 15c3-1—Net capital requirements for brokers and dealers (NYSE Rules 325 and 326)

5.1.1.2.1.1 Minimum net capital requirements
Broker/dealers engaging in a general securities business
Broker/dealers who do not generally carry customers' accounts
Certain additional capital requirements for market makers

5.1.1.2.1.2 Definitions and general understanding of the following terms
Aggregate indebtedness
Net capital including adjustments to net worth for illiquid assets
Securities differences—treatment when computing net capital
Haircuts—effect on capital of proprietary positions
Additional haircuts on securities with a limited market, unduly concentrated positions and non-marketable securities
Open contractual commitments
Treatment of aged fails to deliver

5.1.1.2.1.3 Debt-Equity requirements

5.1.1.2.1.4 Withdrawal of equity capital

5.1.1.2.1.5 Alternative net capital requirement

5.1.1.2.1.6 Appendix D—Satisfactory subordination agreements
Definitions
Subordinated loan agreement
Collateral Value
Secured demand note
Minimum requirements of subordination agreements
Temporary subordinations
Filing requirements (general)

5.1.1.2.2 Rule 15c3-2—Use of customer free credit balances (NYSE Rule 409)

5.1.1.2.3 Rule 15c3-3—Customer protection—reserves and custody of securities (NYSE Rule 402)
Definitions
Customer
Securities carried for account of a customer
Fully paid securities
Margin securities
Excess margin securities
Qualified security
Funds carried for the account of any customer
Physical possession or control
Requirement to reduce securities to possession or control—timeliness
Special reserve bank account for the exclusive benefit of customers
Notification of banks
Withdrawals from the reserve bank account
Buy-in of short security differences
Exemptions under subsection (k)
Delivery of fully paid and excess margin securities
Completion of sell orders on behalf of customers—mandatory buy-in

5.1.2 Section 17—Accounts and Records, Reports, Examinations of Exchanges, Members and Others

5.1.2.1 Section 17(a)(1)—General requirement for the maintenance of records and report filing as prescribed by SEC

5.1.2.1.1 Rule 17a-3—Records to be made by certain exchange members, brokers and dealers (general understanding of major provisions)
Blotters or other records of original entry
Ledgers or other records reflecting all assets and liabilities
Ledger accounts or other records itemizing separately all activity in each cash and margin account
Subsidiary ledgers
Securities record of each long and short position (NYSE Rule 421)
Memorandum of each brokerage order given or received for the purchase or sale of securities
Memorandum of each purchase and sale for the account of the firm
Copies of customer confirmations and copies of notices of all other debits and credits for accounts of customers (NYSE Rule 421)
Identification data on beneficial owners of all cash and margin accounts
Identification data on beneficial owners of all cash and margin account
Proof of money balances in all ledger accounts

Questionnaire or application for
employment executed by each
"associated person"
Fingerprint records required by
Rule 17f-2
Exemptions

5.1.2.1.2    Rule 17a-4—Records to be preserved
by certain exchange members, brokers
and dealers
Requirement for ready accessibility
of all records for two years
General type of record to be
maintained for six years
Maintenance of records with respect
to associated persons
Preservation of required records
on microfilm
Outside service bureaus

5.1.2.1.3    Rule 17a-5—Reports to be made by
certain brokers and dealers (NYSE
Rule 418)
Filing of monthly and quarterly reports
Report filed upon termination of
membership interest
Customer statements
Who must furnish the statements
Unaudited statements to be
furnished
Definition of customer
Annual filing of audited financial
statements
Qualification of accountants
Qualified certified public
accountant
Designation of accountant
Independence of accountant
Replacement of accountant
Audit objectives
Accountant's reports—general
provisions
Technical requirements
Representations as to the audit
Opinions to be expressed
Exceptions
Definitions of "audit",
"accountant's report" and
"certified"
Accountant's report on material
inadequacies
Extensions and exemptions
Notification of changes of fiscal
year
Filing requirements

5.1.2.1.4    Rule 17a-8—Financial recordkeeping
and reporting of currency and foreign
transactions

5.1.2.1.5    Rule 17a-10—Report on income and
expenses (general requirement and
relation to FOCUS)

5.1.2.1.6    Rule 17a-11—Notification provisions for
brokers and dealers
Broker/dealers whose net capital
declines below the minimum amount
required
Broker/dealers whose capital structure
fails to meet the debt/equity

requirements of Rule 15c3-1(d)
Broker/dealers whose aggregate
indebtedness is in excess of 1200 per
centum of its net capital
Broker/dealers whose net capital is
less than 5% of aggregate debit items
computed in accordance with the
alternative net capital computation
Broker/dealers who fail to make and
keep current the books and records
specified in Rule 17a-3
Broker/dealers who discover or are
notified by an independent accountant
that material inadequacies exist in
their accounting systems

5.1.2.1.7    Rule 17a-13—Quarterly security counts
to be made by certain exchange members,
brokers and dealers (general requirement)
Requirements for each calendar
quarter year
Persons to perform or supervise
required securities counts

5.1.2.2    Section 17(b)—Inspection by commission or
appropriate regulatory agency

5.1.2.3    Section 17(f)—Requirements with respect
to missing, lost, counterfeit or stolen
securities and fingerprinting of employees of
broker/dealers

5.1.2.3.1    Rule 17f-1—Requirements for reporting
and inquiry with respect to missing, lost,
counterfeit or stolen securities
Definition of "reporting institution"
Reporting requirements
Required inquiries
Permissive inquiries

5.2    Securities Investor Protection Act and SIPC
Rules Thereunder

5.2.1    Membership requirements of SIPC

5.2.2    SIPC Fund

5.2.3    Protection of customers
Determination of need for protection
Court action
SIPC participation

5.2.4    Special provisions of a liquidation proceeding
Purpose
Notice and claims
Payment of customers
Customer related property
Purchase of securities
Closeouts
Transfer of customer accounts

5.2.5    SIPC advances
Advances for customers' claims
Other advances
Discretionary advances

5.2.6    Direct payment procedure

5.2.7    SIPC rules

5.2.7.1    Accounts of separate customers
Individual accounts
Accounts held by executors or
administrators
Accounts held by a corporation,
partnership or unincorporated association

|          | Trust accounts |
|          | Joint accounts |
| 5.2.7.2  | Prohibited acts |
|          | Failure to pay assessment or file reports |
|          | Engaging in business after appointment of trustee or initiation of direct payment procedure |
|          | Concealment of assets; false statements or claims |
| 5.2.7.3  | Advertising by members of SIPC protection |
|          | Member of displaying SIPC membership |
| 5.3      | **National Association of Securities Dealers—Regulations** |
| 5.3.1    | **By-Laws** |
| 5.3.1.1  | Article VI-Dues, Assessments and Other Charges |
|          | Schedule A (general knowledge of types of income assessed and fee levied) |
|          | Section 3—Suspension or cancellation of membership for non-payment of dues |
| 5.3.2    | **Rules of Fair Practice** |
| 5.3.2.1  | Article III—Rules of Fair Practice |
|          | Section 19—Customers' securities or funds |
|          | Improper use |
|          | Authorization to lend—pledging or lending related to indebtedness |
|          | Separate lending authorization designating securities |
|          | Segregation and identification of securities |
|          | Prohibition against guarantees |

|          | Sharing in accounts; extent permissible |
|          | Explanation of the Board of Governors |
|          | Section 22—Disclosure of financial condition |
|          | Requirement of members to furnish recent financial statement to other members |
|          | Section 31—Securities "failed to receive" and "failed to deliver" |
|          | Appendix B |
|          | Section 38—Regulation of activities of members experiencing financial and/or operational difficulties |
|          | Restrictions on member's business expansion when its net capital falls below certain parameters for more than 15 consecutive days |
|          | Member may be required to reduce its business |
|          | Section 39—Approval of change in exempt status under SEC Rule 15c3-3 |
|          | Loss of 15c3-3(k) exemption when member conducts business that will disqualify it from the exemption without the prior written approval of the NASD |
| 5.3.3    | **Code of Procedure** |
| 5.3.3.1  | Article V—Limitation and approval procedures under Article III, Sections 38 and 39 of the Rules of Fair Practice |
|          | Procedures under Article III, Section 38 of the Rules of Fair Practice |

# RECORDKEEPING REQUIREMENTS UNDER SEC RULE 17a-3

| Section/Item | Currency Requirements[¹] | Maintenance Requirements[²] |
|---|---|---|
| 1. Subparagraph (a)(1) — Blotters<br>a) Purchases and sales of securities<br>b) Receipts and deliveries of securities | Blotters must reflect transactions as of trade date and are to be prepared no later than the following business day. | Six (6) years, the first two (2) years in an easily accessible place. |
| 2. Subparagraph (a)(2)<br>a) General ledger | The general ledger must be posted as frequently as may be necessary to determine compliance with the net capital rule; but in any event not less frequently than once each month. | Six (6) years, the first two (2) years in an easily accessible place. |
| 3. Subparagraph (a)(3)<br>a) Customer ledger accounts | Customer ledger accounts must be posted no later than settlement date. | Six (6) years, the first two (2) years in an easily accessible place. |
| 4. Subparagraph (a)(4)<br>a) Securities in transfer<br>b) Dividends and interest received<br>c) Securities borrowed and securities loaned<br>d) Monies borrowed and monies loaned<br>e) Securities failed to receive and failed to deliver<br>f) Long and short stock record differences | a-e) Subsidiary ledgers are to be no later than two days after the date of securities or monies movement.<br><br>e) Fail ledgers must be posted no later than two (2) days subsequent to the settlement date.<br><br>f) Stock record differences are to be posted no later than seven (7) business days after the date of discovery. | a-f) Three (3) years, the first two (2) years in an easily accessible place. |
| 5. Subparagraph (a)(5)<br>a) Position record | The position record must be posted no later than the business day after settlement date or the date of securities movement | Six (6) years, the first two (2) years in an easily accessible place. |
| 6. Subparagraphs (a)(6) and (a)(7)<br>a) Agency sales tickets<br>b) Principal sales tickets | These records are to be prepared before the execution of the transaction | Three (3) years, the first two (2) years in an easily accessible place. |
| 7. Subparagraph (a)(8)<br>a) Confirmations<br>b) Comparisons | These records are to be prepared no later than the business day after the transaction day | Three (3) years, the first two (2) years in an easily accessible place. |
| 8. Subparagraph (a)(9)<br>a) Cash account record<br>b) Margin account record | Customer account records must be prepared before transactions are effected in an account | Six (6) years after the closing of such account |
| 9. Subparagraph (a)(10)<br>a) Option records | Option records are to be prepared no later than the business date following the date the option was written | Three (3) years, the first two (2) years in an easily accessible place. |
| 10. Subparagraph (a)(11)<br>a) Trial balance | Trial balances must be prepared not later than ten (10) business days after the end of an accounting period | Three (3) years, the first two (2) years in an easily accessible place. |
| 11. Subparagraph (a)(12)<br>a) Associated person's application | An associated person's employment application should be prepared at/or prior to commencement of employment | Three (3) years after termination of employment. |

---

[¹] See Securities Exchange Act Release No. 12756, dated April 26, 1974
[²] See SEC Rule 17a-4, as amended December 17, 1975

# SAMPLE QUESTIONS

The questions which appear below are similar in format and content to questions on the examination. These sample questions, however, is not intended to exactly parallel either the level of difficulty or the subject coverage of the actual examination. Their purpose here is to assist candidates and training personnel in preparing for the types of multiple choice questions which will appear on the examination.

# ANSWERS TO SAMPLE QUESTIONS

1. (B)
2. (D)
3. (D)
4. (A)
5. (C)

# SAMPLE TEST QUESTIONS

1. A customer wishes to purchase securities in a margin account. In order for the broker/dealer to borrow money with the margined securities, the customer must sign which of the following?

(A)  Power of attorney
(B)  Hypothecation agreement
(C)  Discretionary account agreement
(D)  Maintenance agreement

2. Under what conditions may an NASD member firm sell "hot issue" securities to one of its non-registered employees?

(A)  The amount of the purchase is small and not disproportionate to the size of the issue.
(B)  The employee promises in writing to hold the securities for two years.
(C)  The transaction is consistent with the employee's normal investment practice.
(D)  Under no circumstances

3. Each of the following is a violation of NASD rules EXCEPT:

(A)  "backing away"
(B)  interpositioning
(C)  free-riding and withholding
(D)  marketing to the market

4. While engaged in a distribution, a managing underwriter may do each of the following EXCEPT

(A)  solicit purchases through an updated research report
(B)  accept unsolicited buy orders
(C)  effect stabilizing transactions
(D)  solicit purchase through use of a prospectus

5. Broker/dealer report on lost or stolen U.S. Government and agency securities are to be filed with the:

(A)  NASD
(B)  Designated Examining Authority
(C)  Securities Information Center
(D)  Uniform Practice Committee