# EXHIBIT 26

| | |
|---|---|
| To: | Sebastian Momtazi[smomtazi@rosemontcapital.com]; jason@holmbycompanies.com[jason@holmbycompanies.com] |
| From: | Devon Archer |
| Sent: | Wed 10/1/2014 1:22:07 PM |
| Subject: | Re: Wire Transfer Request |

Seb,
Just ignore the moron. I initiated the wire and awaiting voice confirm.

Devon Archer

On Oct 1, 2014, at 9:19 AM, jason@holmbycompanies.com wrote:

> She's truly as dumb as they come. Her colleague maggie doesn't seem to have an issue. See last email.
> Thanks for staying on this.
> Sent via BlackBerry from T-Mobile

From: Sebastian Momtazi <smomtazi@rosemontcapital.com>
Date: Wed, 1 Oct 2014 13:12:40 +0000
To: jason galanis<jason@holmbycompanies.com>; Devon Archer<darcher@rosemontseneca.com>
Subject: Fwd: Wire Transfer Request

Surely we should instruct to send and work on next steps after?

Seb Momtazi
347 602 1160

Begin forwarded message:

> From: "Driever, Catharine" <Catharine.Driever@morganstanleypwm.com>
> Date: October 1, 2014 at 9:04:56 AM EDT
> To: Sebastian Momtazi <smomtazi@rosemontcapital.com>
> Cc: Devon Archer <darcher@rosemontcapital.com>, "Schatz, Eugene" <Eugene.Schatz@morganstanleypwm.com>
> Subject: RE: Wire Transfer Request
>
> Confirming receipt.
>
> Will call shortly with Gene to give a status on holding the Wakpamni bonds.
>
> Thanks,
> Catharine
>
> From: Sebastian Momtazi [mailto:smomtazi@rosemontcapital.com]
> Sent: Wednesday, October 01, 2014 8:53 AM
> To: Driever, Catharine (PWM)
> Cc: Devon Archer
> Subject: Wire Transfer Request
>
> Good morning Catharine, per the attached instructions,
>
> Please wire

GOVERNMENT EXHIBIT 2049
16 Cr. 371 (RA)

Confidential Material

SearchWarrant_v2_00021898

$15,000,000.00

From Rosemont Seneca Bohai, LLC's account (876 018483)

To:

Bank: U.S. Bank National Association
Address: 60 Livingston, St. Paul, MN 55107
ABA: 091000022
Account: 180121167365
Ref: Wakpamni Town Center 211683000
Attn: Tia Xiong (651) 466 6134

Devon will be available for a voice confirmation at 646 436 3745

Thanks, and Best,

Seb

Important Notice to Recipients:

Please do not use e-mail to request, authorize or effect the purchase or sale of any security or commodity. Unfortunately, we cannot execute such instructions provided in e-mail. Thank you.

The sender of this e-mail is an employee of Morgan Stanley Smith Barney LLC ("Morgan Stanley"). If you have received this communication in error, please destroy all electronic and paper copies and notify the sender immediately. Erroneous transmission is not intended to waive confidentiality or privilege. Morgan Stanley reserves the right, to the extent permitted under applicable law, to monitor electronic communications. This message is subject to terms available at the following link: http://www.morganstanley.com/disclaimers/mssbemail.html. If you cannot access this link, please notify us by reply message and we will send the contents to you. By messaging with Morgan Stanley you consent to the foregoing.