COURT EXHIBIT

4.

WE HAVE

REACHED

A

VERDICT

—Eric Holland
11:52a
6/28