

**BOIES SCHILLER FLEXNER**

CRAIG WENNER
Tel.: (212) 909-7625
E-mail: cwenner@bsfllp.com

MEMO ENDORSED

July 12, 2019

**BY ELECTRONIC MAIL**

Hon. Ronnie Abrams
United States District Judge
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/12/19

> Application granted. The attached exhibit shall be filed under seal.
>
> SO ORDERED.
>
> _____
> Ronnie Abrams, U.S.D.J.
> July 12, 2019

Re: *United States v. Galanis*, S3 16 Cr. 371 (RA)

Dear Judge Abrams:

I represent Devon Archer. On July 10, 2019, Your Honor granted Mr. Archer permission to travel to London on business from July 14 through July 20. [ECF No. 778]. I write to advise the Court of a change in Mr. Archer's proposed itinerary. Due to recently scheduled business meetings to take place in Riga, Latvia, during the middle of Mr. Archer's planned trip, his revised itinerary would now have him spend one evening in Riga. Mr. Archer's itinerary is otherwise the same, and he will still return as scheduled on July 20. A business partner of the company with which Mr. Archer is associated requested that certain meetings take place in Riga during the afternoon of July 15 and beginning half of July 16. Mr. Archer has apprized Pretrial Services of this change in itinerary, and Pretrial has no objection. A revised itinerary is attached as Exhibit A, which we respectfully request be filed under seal.

If the Court has any objection to Mr. Archer's revised itinerary, he will of course remain in London as previously permitted by Your Honor.

Respectfully,

/s/ Craig Wenner
Craig Wenner

cc: BY ELECTRONIC MAIL

AUSAs Rebecca Mermelstein, Brendan Quigley, and Negar Tekeei
U.S. Pretrial Services Officer Andrew R. Kessler-Cleary