USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 10/7/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

v.

DEVON ARCHER,

Defendant.

No. 16-CR-371

ORDER

RONNIE ABRAMS, United States District Judge:

Earlier today, the Court of Appeals for the Second Circuit reversed this Court's decision granting Defendant Devon Archer a new trial and remanded the case for sentencing. Sentencing shall be held on January 28, 2021 at 11:30 a.m. The defendant's submission shall be due on January 14, 2021 and the Government's submission on January 21, 2021.

SO ORDERED.

Dated:   October 7, 2020
         New York, New York

Ronnie Abrams
United States District Judge