

MATTHEW L. SCHWARTZ
Tel.:  (212) 303-3646
E-mail:  mlschwartz@bsfllp.com

December 27, 2021

**BY ELECTRONIC MAIL**

Hon. Ronnie Abrams
United States District Judge
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

  Re: *United States v. Galanis*, S3 16 Cr. 371 (RA)

Dear Judge Abrams:

  I represent Devon Archer. I write to respectfully request an adjournment of Mr. Archer's sentencing that is currently scheduled for January 13, 2022. We have conferred with the government, which does not object to the adjournment. While Mr. Archer and the Probation Department have been working towards the completion of the revised PSR, due to delays resulting from the pandemic, the receipt of financial information from third parties, and vacation schedules surrounding the holidays, we understand from the Probation Department that the revised PSR and interview of Mr. Archer will not be completed in time for a January 13 sentencing date. We understand that the Probation Department is available to conduct the interview of Mr. Archer on January 13.

  According, we respectfully request that the Court adjourn Mr. Archer's sentencing date to a time during the late afternoon on January 26 or 27 or February 2 or 3. Again, the government consents to this request. We ask that the sentencing be scheduled in the afternoon after 4:30 or 5:00 p.m. to accommodate a trial that the undersigned will be conducting before Judge Engelmayer. Consistent with the Court's prior scheduling order, [*see* ECF No. 985,] Mr. Archer will file his sentencing submission two weeks prior to the sentencing date, and any reply brief within three days of sentencing.

  Thank you for your consideration of this request.

               Respectfully,

                /s/ Matthew L. Schwartz
               Matthew L. Schwartz

cc: AUSAs Rebecca Mermelstein, Negar Tekeei, and Brandon Harper (via ECF)
   U.S. Probation Officer Christopher Paragano (via electronic mail)