

MATTHEW L. SCHWARTZ
Tel.: (212) 303-3646
E-mail: mlschwartz@bsfllp.com

January 12, 2022

**BY ECF**

Hon. Ronnie Abrams
United States District Judge
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

Application granted. The sentence is adjourned to February 24, 2022 at 4:00 p.m. The Court adopts the proposed sentence submission deadlines.

SO ORDERED.

Ronnie Abrams, U.S.D.J.
January 13, 2022

Re:   *United States v. Galanis*, S3 16 Cr. 371 (RA)

Dear Judge Abrams:

I represent Devon Archer. I write to memorialize the agreed-upon adjournment of Mr. Archer's sentencing date. Because the parties are awaiting the amended PSR, the parties and chambers discussed adjourning sentencing and extending submission deadlines.

After conferring with the government, Mr. Archer respectfully requests that his sentencing be adjourned to February 24, 2022, at 4:00 pm. The revised deadlines under the new schedule are:

- Mr. Archer's sentencing submission is due by February 10;
- The government's submission is due by February 17; and
- Mr. Archer's response to the government's submission is due by February 21.

Thank you for your consideration of this request.

Respectfully,

 /s/    Matthew L. Schwartz
Matthew L. Schwartz

cc:   AUSAs Rebecca Mermelstein, Negar Tekeei, and Brandon Harper (via ECF)
U.S. Probation Officer Christopher Paragano (via electronic mail)