**USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 1/26/2022**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

v.

DEVON ARCHER,

Defendant.

No. 16-CR-371

ORDER

---

RONNIE ABRAMS, United States District Judge:

Due to scheduling conflicts of counsel, the sentence is rescheduled to February 28, 2022 at 12:00 p.m.

SO ORDERED.

Dated:   January 26, 2022
         New York, New York

_____
Ronnie Abrams
United States District Judge