Criminal Notice of Appeal - Form A

# NOTICE OF APPEAL

## United States District Court

Southern District of New York

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: Mar 15 2022
```

Caption:

USA v.

Devon Archer

Docket No.: 16-cr-371 (RA)

Hon. Ronnie Abrams
(District Court Judge)

Notice is hereby given that **Devon Archer** appeals to the United States Court of Appeals for the Second Circuit from the judgment ✓, other ☐ _____ (specify)

entered in this action on 03/07/2022.
(date)

This appeal concerns: Conviction only ☐   Sentence only ☐   Conviction & Sentence ✓   Other ☐

Defendant found guilty by plea ☐   | trial ✓ | N/A ☐ .

Offense occurred after November 1, 1987? Yes ✓ | No ☐   N/A ☐

Date of sentence: 2/28/2022   N/A ☐

Bail/Jail Disposition: Committed ☐   Not committed ☐   | N/A ✓

Self-surrender to the custody of the Bureau of Prisons permitted at a date to be determined. Motion for stay pending.

Appellant is represented by counsel? Yes ✓ | No ☐   If yes, provide the following information:

Defendant's Counsel: Matthew L. Schwartz

Counsel's Address: Boies Schiller Flexner LLP

55 Hudson Yards, New York, NY 10001

Counsel's Phone: (212) 446-2300

Assistant U.S. Attorney: Rebecca Mermelstein

AUSA's Address: One Saint Andrew's Plaza

New York, NY 10007

AUSA's Phone: (212) 637-2360

_____
Signature