```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------X
                                     :
UNITED STATES OF AMERICA             :
                                     :   1:16-CR-00371-RA-6
                                     :
       -against-                     :   ORDER
                                     :
Devon Archer                         :
                                     :
Defendant                            :
                                     :
-------------------------------------X
```

Ronnie Abrams, United States District Judge:

It is hereby ORDERED that, as per the request from Pretrial Services, the defendant's bail be modified to replace the condition of Regular Pretrial Supervision with that of Pretrial Supervision as directed by Pretrial Services (web reporting only).

Dated: October 18, 2022
New York, New York

SO ORDERED:

_____
Ronnie Abrams
United States District Judge