UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

           Judgment Creditor,

    v.

DEVON ARCHER,

           Judgment Debtor,

           and

MIDLAND TRUST COMPANY and MIDLAND
IRA, INC.,

           Garnishees.

No. 16 CR 371 (RA)

**PUBLIC FILING**

## ANSWER OF THE GARNISHEE

    I,  Amy Ayers , the Compliance Supervisor of the Garnishee Midland Trust Company, state under penalty of perjury as follows:

GARNISHEE IS (choose one):

[ __ ] An individual doing business in the name of _____.
[ __ ] A partnership, [ __ ] LP, [ __ ] LLP or [ __ ] LLC
[ X ] A corporation, organized under the laws of the State of South Dakota.

I acknowledge receipt of the United States' request that Garnishee waive service of the garnishment process under Rules 4-4.1 of the Federal Rules of Civil Procedure in this proceeding. Without waiving defenses or objections to the garnishment or to the jurisdiction or venue of the court except for objections based on a defect in the service of the process, I agreed to accept service for the Garnishee by:

[ __ ] facsimile at ( ___ ) _____ - _____ and/or
[ X ] e-mail at aayers@midlandtrust.com _____ and/or
[ __ ] first class mail at _____

_____.

    On April 11, 2023 Garnishee was served with a Writ of Garnishment.  At the time Garnishee was served with the Writ, Garnishee had in its possession or control, the following property of the judgment debtor:

**Answer of Garnishee – Page 1**

1.     **Financial Accounts**

**Account 1**

Type:___SEP IRA
No.:     # 1703457
Title owner(s): Midland Trust Company As
Custodian FBO Devon Archer # 1703457
Amount: total account value of $324,080.67
($323,687.55 in SEP IRA and $393.12 in cash)

**Account 2**

Type:_____
No.:_____
Title owner(s): _____
Amount: $_____

**Account 3**

Type:_____
No.:_____
Title owner(s): _____
Amount: $_____

**Account 4**

Type:_____
No.:_____
Title owner(s): _____
Amount: $_____

2.     **Safety Deposit Box**

Box No.: _____
Last accessed: _____
Owners  other than the judgment debtor:

_____
_____

3.  Detail other personal property in the garnishee's possession, custody, or control:
None.

4.   Are there prior garnishments or other court-ordered withholdings which are
presently in effect including, but not limited to child support and alimony?
[ ] Yes or [ x ] No; if the answer is yes, describe below (case number, state, county):

_____

5.   Does the garnishee have custody, control or possession of any property, other
than accounts, safety deposit boxes or other personal property, now owed or to be
paid in the future, in which the judgment debtor has an interest? [ ] Yes or [ x ] No
If the answer is yes, describe below:

_____.

**IF GARNISHEE DENIES HOLDING PROPERTY SUBJECT TO GARNISHMENT:**

6.  Check and complete the applicable line below:

[ ] Garnishee has the following objections, defenses, or set-offs:

_____

_____

[ ] On the date the garnishee was served with the Writ, the garnishee was not indebted or under liability to the judgment debtor, and/or did not have in its possession or control any assets, income or other property in which the judgment debtor has an interest.

GARNISHEE mailed a copy of this Answer by first-class mail to:

(1) the judgment debtor, Devon Archer, at 292A Sackett Street, Brooklyn, NY 11231;

(2) the Clerk of Court, United States District Courthouse, 500 Pearl Street, New York, NY 10007, Attn: Arraignment Unit, Rm 520; AND

(3) Financial Litigation Unit, USAO, 86 Chambers Street, Third Floor, New York, NY 10007.

Pursuant to 28 U.S.C. § 1746, I verify under penalty of perjury that the foregoing is true and correct.

Executed this _____ day of April, 2023.

_____     _____
(Signature)                                              (Print Name)

Title _____

Address _____

City, State, Zip _____

Telephone and Fax Numbers _____

Email _____

STATE OF _____
COUNTY OF _____

Subscribed and sworn to before me this _____ day of _____, 2023.

_____          My Commission expires:_____
Notary Public Signature                                                    (Seal)

**Answer of Garnishee – Page 3**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Judgment Creditor,<br><br>v.<br><br>DEVON ARCHER,<br><br>Judgment Debtor,<br><br>and<br><br>MIDLAND TRUST COMPANY and MIDLAND IRA, INC.,<br><br>Garnishees. | No. 16 CR 371 (RA)<br><br>**PUBLIC FILING** |

## ANSWER OF THE GARNISHEE

I, Amy Ayers , the Compliance Supervisor of the Garnishee Midland Trust Company, state under penalty of perjury as follows:

GARNISHEE IS (choose one):

[__] An individual doing business in the name of _____.
[__] A partnership, [__] LP, [__] LLP or [__] LLC
[ X ] A corporation, organized under the laws of the State of South Dakota.

I acknowledge receipt of the United States' request that Garnishee waive service of the garnishment process under Rules 4-4.1 of the Federal Rules of Civil Procedure in this proceeding. Without waiving defenses or objections to the garnishment or to the jurisdiction or venue of the court except for objections based on a defect in the service of the process, I agreed to accept service for the Garnishee by:

[__] facsimile at (___) _____-_____ and/or
[ X ] e-mail at aayers@midlandtrust.com_____ and/or
[__] first class mail at _____

_____.

On April 11, 2023 Garnishee was served with a Writ of Garnishment. At the time Garnishee was served with the Writ, Garnishee had in its possession or control, the following property of the judgment debtor:

**Answer of Garnishee – Page 1**

1.      **Financial Accounts**

**Account 1**

Type:___ SEP IRA
No.:     # 1703457
Title owner(s): Midland Trust Company As
Custodian FBO Devon Archer # 1703457
Amount: total account value of $324,080.67
($323,687.55 in SEP IRA and $393.12 in cash)

**Account 2**

Type:_____
No.:_____
Title owner(s): _____
Amount: $_____

**Account 3**

Type:_____
No.:_____
Title owner(s): _____
Amount: $_____

**Account 4**

Type:_____
No.:_____
Title owner(s): _____
Amount: $_____

2.      **Safety Deposit Box**

Box No.: _____
Last accessed: _____
Owners  other than the judgment debtor:

_____
_____

3. Detail other personal property in the garnishee's possession, custody, or control:
None.

4.   Are there prior garnishments or other court-ordered withholdings which are
presently in effect including, but not limited to child support and alimony?
[ ] Yes or [ x ] No; if the answer is yes, describe below (case number, state, county):

_____

5.   Does the garnishee have custody, control or possession of any property, other
than accounts, safety deposit boxes or other personal property, now owed or to be
paid in the future, in which the judgment debtor has an interest?  [ ] Yes or [ x ] No
If the answer is yes, describe below:

_____

**IF GARNISHEE DENIES HOLDING PROPERTY SUBJECT TO GARNISHMENT:**

6.  Check and complete the applicable line below:

[ ] Garnishee has the following objections, defenses, or set-offs:

**Answer of Garnishee – Page 2**

_____

_____

[ ] On the date the garnishee was served with the Writ, the garnishee
was not indebted or under liability to the judgment debtor, and/or
did not have in its possession or control any assets, income or other
property in which the judgment debtor has an interest.

GARNISHEE mailed a copy of this Answer by first-class mail to:

(1) the judgment debtor, Devon Archer, at 292A Sackett Street, Brooklyn, NY 11231;

(2) the Clerk of Court, United States District Courthouse, 500 Pearl Street, New York, NY 10007, Attn: Arraignment Unit, Rm 520; AND

(3) Financial Litigation Unit, USAO, 86 Chambers Street, Third Floor, New York, NY 10007.

Pursuant to 28 U.S.C. § 1746, I verify under penalty of perjury that the foregoing is true and correct.

Executed this _21_ day of April, 2023.

_Amy Ayers_
(Signature)                                (Print Name)

Title _Compliance Manager_

Address _15671 San Carlos Blvd_

City, State, Zip _Fort Myers FL, 33908_

Telephone and Fax Numbers _239-333-4824_

Email _AAyers@midlandtrust.com_

STATE OF _Florida_
COUNTY OF _Lee_

Subscribed and sworn to before me this _21st_ day of _APRIL_, 2023.

_____
Notary Public Signature

My Commission expires: _10/18/2026_
(Seal)

THOMAS TAPANES
Commission # HH 323264
Expires October 18, 2026

**Answer of Garnishee – Page 3**



US POSTAGE

quadient
FC PKG RTL
IMI
$005.10
04/21/2023 ZIP 33908
043M30246371

MIDLAND TRUST
15671 San Carlos Blvd #101
Fort Myers FL 33908-2788

Crim DKt
EN

Clerk of Court
United States District Court
500 Pearl Street
New York NY 10007

RECEIVED
USMP SDNY

APR 25 2023

CLERK'S OFFICE
S.D.N.Y.