UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

                            Judgment Creditor,

     v.                                                16 CR 371-06 (RA)

DEVON ARCHER,                             **CERTIFCATE OF SERVICE**

                            Judgment Debtor,

                            and

MIDLAND TRUST COMPANY, MIDLAND
IRA, INC., AND GUARDIAN LIFE
INSURANCE COMPANY OF AMERICA,

                            Garnishees.

      Pursuant to 28 U.S.C. § 3202(c), the undersigned counsel for the United States certifies that the Application for Writs of Garnishment (Dkt. 1049); Writs of Garnishment (Dkts. 1050-51); Clerk's Notice of Exemptions and Hearing or Transfer Request Form (Dkt. 1052); Answer Forms; and Letters of Instructions were served on Garnishees on April 11, 2023, as acknowledged in their Answers (Dkts. 1053-54).

      After serving the Garnishees, and receiving their Answers, the United States sent these documents to the following attorney for the Judgment Debtor by email on May 5, 2023:

    Craig A. Wenner
    Boies Schiller Flexner LLP
    55 Hudson Yards
    New York, NY 10001
    Email: cwenner@bsfllp.com

The United States will not seek entry of a final order of garnishment pursuant to 28 U.S.C. § 3205(c)(7) until 20 days after service as provided for in 28 U.S.C. § 3202(d) and 28 U.S.C. § 3205(c)(5).

Dated: New York, New York
May 5, 2023

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By:   */s/ Melissa A. Childs*
MELISSA A. CHILDS
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York 10007
Tel.: (212) 637-2711
E-mail: melissa.childs@usdoj.gov