

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

August 11, 2023

**By ECF**
The Honorable Ronnie Abrams
United States District Judge
40 Foley Square
New York, New York 10007

      Re:    *United States v. Devon Archer*, 16 Cr. 371 (RA)

Dear Judge Abrams:

      The Government respectfully writes in response to the Court's August 7, 2023 Order. (Dkt. 1077).

      The Government does not oppose the defendant's request to remain on bail pending the Supreme Court's decision on his anticipated *certiorari* petition.

      The Government does, however, oppose the Court "granting habeas relief and immediately proceeding to resentencing given the . . . Sentencing Guidelines calculation error." (*Id*.). Claims based on Guidelines calculation errors are not cognizable under Section 2255 "unless the claimed error constituted 'a fundamental defect which inherently results in a complete miscarriage of justice.'" *United States v. Hoskins*, 905 F.3d 97, 102 (2d Cir. 2018) (quoting *United States v. Addonizio*, 442 U.S. 178, 185 (1979)). That standard has not been met here. *See id.* at 104 & n.7 (fact that Guidelines are merely advisory demonstrates that there has not been a complete miscarriage of justice).

      Respectfully submitted,

      DAMIAN WILLIAMS
      United States Attorney

By: *Samuel P. Rothschild*
      Negar Tekeei
      Samuel P. Rothschild
      Assistant United States Attorneys
      (212) 637-2482 / -2504

cc:    Matthew L. Schwartz, Esq. (by ECF)