UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

v.

DEVON ARCHER,

Defendant.

No. 16-cr-371 (6) (RA)

ORDER

---

RONNIE ABRAMS, United States District Judge:

As the parties are aware, the Supreme Court recently denied Mr. Archer's petition for a writ of certiorari. *See Archer v. United States*, No. 23-414, 2024 WL 218785 (U.S. Jan. 22, 2024). No later than February 9, 2024, Mr. Archer shall submit a letter to the Court proposing a date for his voluntary surrender.

SO ORDERED.

Dated:   February 2, 2024
         New York, New York

_____
Ronnie Abrams
United States District Judge