UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              v.<br><br>DEVON ARCHER,<br><br>              Defendant. | No. 16-CR-371<br><br>ORDER |

RONNIE ABRAMS, United States District Judge:

        IT IS HEREBY ORDERED that the Probation Department shall prepare a supplemental Memorandum by July 3, 2024; Defendant's sentencing submission shall be filed by July 17, 2024; and the Government's sentencing submission shall be filed by July 24, 2024. Mr. Archer's sentencing shall be held on August 2, 2024 at 10:00 a.m.

SO ORDERED.

Dated:    June 10, 2024
            New York, New York

                                                            Ronnie Abrams
                                                            United States District Judge