

MATTHEW L. SCHWARTZ
Tel.: (212) 303-3646
E-mail: mlschwartz@bsfllp.com

October 18, 2024

**BY ECF**

Hon. Ronnie Abrams
United States District Judge
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

Application granted. The sentencing is adjourned to December 5, 2024 at 2:00 p.m.

SO ORDERED.

Ronnie Abrams, U.S.D.J.
October 21, 2024

      **Re:** *United States v. Jason Galanis, et al.*, **16 Cr. 371 (RA)**

Dear Judge Abrams:

      We represent the defendant Devon Archer and write jointly with the government to respectfully seek a brief adjournment of the current sentencing date. The purpose of the adjournment is primarily to accommodate counsel's schedules. The current date is Friday, November 8, 2024. However, I am now scheduled to be travelling out of state that day for a personal obligation, and the AUSA with primary responsibility for handling the sentencing proceedings for the government is also now scheduled to be on trial that day. Accordingly, we jointly respectfully request an approximately two week adjournment, ideally to Friday, November 22 or to any day the week of December 1. If none of those dates is available on the Court's calendar, the parties can also appear on November 19-21.

      Thank you for your consideration of this request.

      Respectfully,

      */s/ Matthew L. Schwartz*
      Matthew L. Schwartz

BOIES SCHILLER FLEXNER LLP

55 Hudson Yards, New York, NY 10001 | (t) 212.446.2300 | (f) 212.446.2350 | www.bsfllp.com