UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>DEVON ARCHER,<br><br>                    Defendant. | No. 16-cr-371 (RA)<br><br>ORDER |

RONNIE ABRAMS, United States District Judge:

On June 28, 2018, a jury convicted Defendant Devon Archer on two counts of fraud. After two appeals to the Second Circuit, Mr. Archer's conviction was affirmed on June 7, 2023. *See* Dkt. No. 1072. On March 23, 2025—about a month before Mr. Archer's scheduled resentencing—the President of the United States granted him a full and unconditional pardon. *See* Dkt. No. 1112. Mr. Archer then filed a letter on April 9, 2025 requesting that the Court cancel his upcoming resentencing and urging the Government to dismiss the indictment with prejudice. *See* Dkt. No. 1114. Although the Government agreed that all upcoming proceedings should be canceled, it disputed whether dismissal of the indictment was warranted and argued that "the President's pardon terminated the prosecution" by its own force. *See* Dkt. No. 1115 at 1.

The Court agrees with the parties that all further proceedings shall be canceled, and that Mr. Archer shall be relieved of any other obligations attendant to this prosecution, including bail and travel restrictions, bond liability and restraints on his assets. The Court also shares the Government's understanding that Mr. Archer's pardon is self-executing and immediately terminated prosecution of this matter. *See id.* at 1.

Accordingly, the Court intends to direct the Clerk of Court to terminate Mr. Archer as a defendant and designate "Pardon" as the disposition of his charges. To the extent that Mr. Archer seeks further relief, he shall make a motion to that effect.

SO ORDERED.

Dated:   April 11, 2025
         New York, New York

_____
Ronnie Abrams
United States District Judge