UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>DEVON ARCHER,<br><br>　　　　　　Defendant. | No. 16-cr-371 (RA)<br><br>ORDER |

RONNIE ABRAMS, United States District Judge:

　　On March 23, 2025, the President of the United States granted Defendant Devon Archer a full and unconditional pardon. Dkt. No. 1112. The Court then canceled all further proceedings and relieved Mr. Archer of all other obligations attendant to this prosecution. Dkt. No. 1116. It also stated its intent to direct the Clerk of Court to terminate Mr. Archer as a defendant and designate "Pardon" as the disposition of his charges. Although the Court noted that Mr. Archer could file a motion requesting other or additional relief, he has not done so.

　　Accordingly, the Court directs the Clerk of Court to terminate Mr. Archer as a defendant and designate "Pardon" as the disposition of his charges.

SO ORDERED.

Dated:　　May 15, 2025
　　　　　　New York, New York

_____
Ronnie Abrams
United States District Judge